AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

ANTONIO NAKIA REDRICK
DOB: 12/8/1974
SSN: 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

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M 1124-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 4, 2004,__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

did knowingly possess a firearm, to wit, one Marlin, Model 90, .20 gauge shotgun, bearing serial number p852, in and affecting commerce, after having been convicted of a crime punishable by a term of imprisonment exceeding one year,

in violation of Title __18__, United States Code, Section __922(g)(1)__.

I further state that I am a(n) __Special Agent, Bureau of Alcohol, Tobacco and Firearms__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Lisa Rudnicki
Special Agent, ATF
United States Department of the Treasury

Sworn to before me and subscribed in my presence,

9/24/04
Date

at   __Boston, Massachusetts__
City and State

HON. JUDITH G. DEIN, United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer