JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __ATF__

**City** __Boston__      **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant __x__
Magistrate Judge Case Number __04M-1124-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANTONIO NAKIA REDRICK__      Juvenile   ☐ Yes   ☒ No

Alias Name __unknown__

Address __116 Norfolk Street, Dorchester, MA 02119__

Birth date: __1974__    SS#: __7502__    Sex: __M__   Race: __Hispanic__    Nationality: __USA__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Paul R. Moore__      **Bar Number if applicable** __632312__

**Interpreter:**   ☐ Yes   ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

     ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release: **Ordered by** _____ **on** _____

**Charging Document:**   ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   September 24, 2004      **Signature of AUSA:** _P. R. M_____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**   ANTONIO NAKIA REDRICK

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant    ANTONIO NAKIA REDRICK** _____

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45 - felon in possession - Redrick.wpd - 3/13/02