## AFFIDAVIT

I, Lisa Rudnicki, being duly sworn, do depose and state as follows:

1. I am a Special Agent ("SA") of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been a Special Agent with ATF for approximately eight and a half years and during that time I have been involved in numerous investigations of federal firearms laws. I am currently assigned to a group in the Boston Field Division of ATF that, in part, works with the Boston Police Department to uncover violations of laws related to federal firearms, explosives and controlled substance laws in the City of Boston. Based upon my training and experience as an ATF Special Agent, I am familiar with federal firearms laws. I know that it is a violation of federal law for a felon to possess a firearm or ammunition that has traveled in interstate commerce.

2. I am submitting this affidavit in support of an application for a criminal complaint and arrest warrant for Antonio Redrick ("REDRICK") for a violation of 18 U.S.C. §922(g)(1)(felon in possession of a firearm).

3. The facts stated herein are based upon my personal involvement in this investigation and my discussions with other law enforcement officers involved with this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish the requisite probable cause.

4. On June 4, 2004, at approximately 10:00 a.m., Boston Police Officers Joseph and Bean responded to a radio call for a domestic violence incident in progress at 200 Columbia Road. When the officers arrived, they saw a man (later identified as REDRICK) walking away

from the front of 200 Columbia Road carrying a black duffle bag on his shoulder.

5. The officers asked REDRICK to "Hold up." In response, REDRICK looked at the officers, dropped the duffle bag and ran across Columbia Road into an open field and then behind a building. When he ran behind the building, the officers lost sight of him.

6. Officers Joseph and Bean returned to the area near 200 Columbia Road and retrieved the black duffle bag that REDRICK had been carrying and which he had then dropped. The officers opened the bag and found a firearm that appeared to be a sawed-off shotgun.

7. A number of additional officers arrived on the scene to assist in the search for REDRICK. REDRICK was soon located on the rooftop of an awning that faced Geneva Avenue. The officers who located REDRICK verbally advised him to remain where he was and to show his hands. In response, REDRICK then jumped down from the awning, and ran down Geneva Avenue and across Columbia Road. He was eventually apprehended by other officers in the area.

8. On June 7, 2004, Tiffany Richardson, who resided at 200 Columbia Road, signed an affidavit in support of an application for a restraining order against REDRICK. In her affidavit, Ms. Richardson stated that the night before his arrest, REDRICK had threatened to come to her house and kill anyone who was there, specifically referencing her children. She further stated that, on the morning of his arrest, her neighbor had observed REDRICK standing, with a duffle bag, in front of her residence for approximately two hours. Ms. Richardson was not at home at the time. That neighbor then contacted the management company and they in turn called the police.

9. The firearm recovered from the duffle bag REDRICK was carrying was a Marlin, Model 90, .20 gauge shotgun, bearing serial number p852. I have spoken with ATF SA Phillip

Ball, an interstate nexus expert regarding this firearm. SA Ball informed me that this shotgun was manufactured outside of the Commonwealth of Massachusetts and therefore traveled in interstate commerce prior to June 4, 2004.

10. I have had an opportunity to review Redrick's criminal history as maintained by the Massachusetts Criminal History Systems Board. Through my review of this record, I determined that REDRICK was convicted of Armed Robbery in Suffolk Superior Court in 1994. I know from my training and experience that this offense is a felony under Massachusetts law and carries a maximum penalty in excess of one year.

11. Based upon all of the foregoing information, I believe that probable cause exists to conclude that on or about June 4, 2004 in Boston, Antonio REDRICK, did knowingly possess a firearm, to wit, a Marlin, Model 90, .20 gauge shotgun, bearing serial number p852, in and affecting commerce after having been convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

I hereby certify that the foregoing is true and correct. Executed this 24th day of September, 2004.

Lisa Rudnicki, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and Sworn to before me this 24th day of September, 2004.

Hon. Judith G. Dein
UNITED STATES MAGISTRATE JUDGE

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __x__
Magistrate Judge Case Number __04M-1124-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANTONIO NAKIA REDRICK__   Juvenile  ☐ Yes  ☒ No

Alias Name __unknown__

Address __116 Norfolk Street, Dorchester, MA 02119__

Birth date: __1974__   SS#: __7502__   Sex: __M__   Race: __Hispanic__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__   Bar Number if applicable __632312__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 24, 2004   Signature of AUSA: _/s/ Paul R. Moore_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    <u>ANTONIO NAKIA REDRICK</u>

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| **Set 1**  18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    ANTONIO NAKIA REDRICK_____

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45 - felon in possession - Redrick.wpd - 3/13/02