AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
**ANTONIO NAKIA REDRICK**
DOB: 12/8/1974
SSN: 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

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1124-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANTONIO NAKIA REDRICK___

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm;**

in violation of Title __18__ United States Code, Section __922(g)(1).__

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

9/24/04   Boston, MA
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |