UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 10301 MLW** |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| ANTONIO NAKIA REDRICK, ) | Count 1: 18 U.S.C. § 922(g)(1) |
| Defendant. ) | Possession of Firearm by a Felon |
| ) | Count 2: 26 U.S.C. § 5861(d) |
| ) | Possession of an Unregistered |
| ) | Firearm |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 922(g)(1) – Possession of Firearm by a Felon

The Grand Jury charges that:

On or about June 4, 2004, at Boston, in the District of Massachusetts,

**ANTONIO NAKIA REDRICK,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one Marlin, Model 90, .20 gauge shotgun, bearing serial number p852.

All in violation of Title 18, United States Code, § 922(g)(1).

**COUNT TWO**:  26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm

The Grand Jury further charges that:

On or about June 4, 2004, in Boston, in the District of Massachusetts,

**ANTHONY NAKIA REDRICK,**

defendant herein, did knowingly receive and possess a firearm, to wit: one Marlin, Model 90, .20 gauge shotgun, bearing serial number p852, which as modified had an overall length of less than 26 inches and a barrel of less than 18 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 18, United States Code, Section 5861(d).

A TRUE BILL:

*Jesse Burke*
FOREMAN OF THE GRAND JURY


*Paul R. Moore*
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; September 29, 2004, at _____.

Returned into the District Court by the Grand Jurors and filed.

*Thomas F. Quinn*
DEPUTY CLERK
9/29/04 @ 2:00pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

04cr10301MLW

# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. II          Investigating Agency  ATF

City  Boston                    Related Case Information:

County  Suffolk                 Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant  x     New Defendant _____
                                Magistrate Judge Case Number  04-M-1124-JGD
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ANTONIO NAKIA REDRICK          Juvenile  ☐ Yes  [x] No

Alias Name  unknown

Address  116 Norfolk Street, Dorchester, MA  02119

Birth date: 1974   SS#: 7502   Sex: M   Race: Hispanic   Nationality: USA

Defense Counsel if known: _____       Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Paul R. Moore                         Bar Number if applicable  632312

Interpreter:  ☐ Yes  [x] No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  [x] No

[x] Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   [x] Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  [x] Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 29, 2004       Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    ANTONIO NAKIA REDRICK

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2   26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**District Court Case Number** (To be filled in by deputy    04cr10301MLW

**Name of Defendant**    ANTONIO NAKIA REDRICK

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45 - felon in possession - Redrick.wpd - 3/13/02