# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

| IN THE CASE OF | | LOCATION NUMBER |
|---|---|---|
| UNITED STATES V.S. _Redrick_ | FOR _Mass_ AT _Boston_ | |

PERSON REPRESENTED (Show your full name): _Antoain Kevin Redrick_

| | |
|---|---|
| 1 ☒ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | **DOCKET NUMBERS** |
| 3 ☐ Appellant | Magistrate |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | District Court |
| 6 ☐ Habeas Petitioner | 04cr10301 MLW |
| 7 ☐ 2255 Petitioner | Court of Appeals |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

_18 USC § 922(g)(1)_

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _Champagne Assoc. RE Agency_
IF YES, how much do you earn per month? $ _agree_
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _N/a_
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ _100_

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _none_ / _$10k_  DESCRIPTION: _Extender Motorcycle_

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _2_
List persons you actually support and your relationship to them: _Deja Redrick, age 4_ / _Kavyla Redrick, age 2_

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _11/15/04_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Antoain Redrick_

10N