UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10301-MLW

UNITED STATES OF AMERICA

v.

ANTONIO NAKIA REDRICK

**FURTHER ORDER ON EXCLUDABLE TIME**

December 21, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 21, 2004 through February 28, 2005,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated November 18, 2004, and this order, at the time of the Final Status Conference on February 28, 2005 there will be six (6) days of non-excludable time under the Speedy Trial Act (December 15, 2004 - December 20, 2004), and sixty-four (64) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge