UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10301-MLW

UNITED STATES OF AMERICA

v.

ANTONIO NAKIA REDRICK

**FINAL STATUS REPORT**

March 31, 2005

DEIN, M.J.

    A Final Status Conference was held before this court on Thursday, March 31, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated November 18, 2004, December 21, 2004, February 28, 2005, and the order entered herewith, at the time of the Final Status Conference on March 31, 2005 there were six (6) days of non-excludable time under the Speedy Trial Act (December 15, 2004 - December 20, 2004), and sixty-four (64) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period of March 28, 2005 through April 18, 2005 to give the parties time to explore a resolution of this matter.

6. It is estimated that if the case goes to trial, the trial will last approximately three (3) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge