UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10301-MLW

UNITED STATES OF AMERICA

v.

ANTONIO NAKIA REDRICK

### FURTHER ORDER ON EXCLUDABLE TIME

March 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 28, 2005 through April 18, 2005

to give the parties time to explore a resolution of this matter.

Based upon the prior orders of the court dated November 18, 2004, December 21, 2004, February 28, 2005 and this order, as of April 18, 2005 there will be six (6) days of non-excludable time under the Speedy Trial Act (December 15, 2004 - December 20, 2004), and sixty-four (64) days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
      JUDITH GAIL DEIN
      United States Magistrate Judge