UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

### EX PARTE MOTION FOR AUTHORITY TO EXPEND FUNDS FOR AN INVESTIGATOR

    Now comes the Defendant, Antonio Redrick, and moves this Honorable Court for authority to expend $500.00 for the services of an investigator. The defendant assigns as reason therefore that one of the government's potential witnesses committed an assault on another woman. The defendant believes that the government witness "set him up" for the instant crime. Therefore, the victim of the assault may have exculpatory evidence. The defendant therefore requests the services of an investigator to interview the victim of the assault and determine if she has exculpatory evidence. Wherefore, the defendant requires an investigator to assist in preparing the case.

Respectfully Submitted

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

May 6, 2005