UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10301-MLW** |
| V. | |
| **ANTONIO NAKIA REDRICK**<br>    Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on MAY 20, 2005 at 1:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

| | | |
|---|---|---|
| **May 16, 2005** | By: | **/s/ Dennis O'Leary** |
| Date | | Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                                                 [kntchrgcnf.]