UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10301

| United States of America | Antonio Redrick |
|---|---|
| PLAINTIFF | DEFENDANT |

| Paul Moore | Melvin Norris |
|---|---|
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Initial Pretrial Conference |
|---|---|
| 5/20/05 | Case under the speedy trial act and the court's schedule will have to start by June 13, 2005. Defendant orally moves to continue the trial date until August, 2005 and agrees to waive the time under the STA. Court conducts colloquy of the defendant as to the waiver of time. Court grants the request to continue and excludes all time until the date of trial which will commence on August 15, 2005 at 9:00 AM. Pre-trial Order to issue. |