UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                           Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

## MOTION TO DISMISS DUE TO PROSECUTORIAL MISCONDUCT, REQUEST FOR TEMPORARY RESTRAINING ORDER, AND REQUEST FOR HEARING

Now comes the Defendant, Antonio Redrick, and moves this Honorable Court to dismiss the Indictment against him with prejudice because of the misconduct of the government investigators. As reason therefore, the defendant assigns the following:

1.    The defendant was indicted for being a felon in possession of a firearm.

2.    The defendant obtained an affidavit from a Mr. Eddie Ray, a prison inmate, which averred that Mr. Redrick was "set up" by an ex-girlfriend, and that this woman had told Mr. Ray the details of the "set-up."

3.    The defendant produced this Affidavit as part of his discovery production.

4.    Agents from the ATF interrogated Mr. Ray at the South Bay Correctional Institution, where he was incarcerated, and threatened him with prosecution for perjury or Obstruction of Justice, resulting in substantial further prison time if he did not recant the allegations in the affidavit.

5.    As a result of these threats, Mr. Ray recanted his affidavit to the government officers.

6.    Mr. Ray relayed these threats to undersigned counsel, and explained the circumstances of his prior recantation.

7.  This Affidavit, and the facts averred therein, strongly tend to exculpate the defendant from the allegations in the indictment, and would likely result in the acquittal of Mr. Redrick. A copy of the Affidavit is Attached.

8.  As a result of the actions of the government agents, the prosecution will now have the ability to impeach Mr. Ray that they would not have had absent the misconduct.

Wherefore, the defendant requests that this Court dismiss the Indictment with prejudice due to the misconduct of the government investigators. The defendant further requests that the government, together with its agents and servants, be Ordered from communicating any further with Mr. Ray, including any appearance before a Grand Jury until a hearing in this matter is held by this Court.

Respectfully Submitted

/S/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

Dated:        June 11, 2005

AFFIDAVIT

I, Eddie Ray (A-87948), hereby swear that any and all statements made by me in this affidavit are true to the best of my memory. I met Tiffany Richardson when I was in Dorchester Court. She was there on a matter with her and her ex-boyfriend. We began talking to each other and she started telling me that her and her man broke up because she found a camera in his pants after he had come home from a weekend trip. She said she had the film developed and when she got the pictures back they were dirty pictures of him and another woman in a hotel room. I ended up going home with Tiffany from the court that day and when we got to her house at 200 Columbia Road, she starting telling me about how men always did her fucked up, but she always got them back. She told me about her other ex-boyfriend before Mr. Redrick who I only know as Lou and how Lou is going to spend the rest of his life in jail because he wanted to be a player. She went on to tell me that her plan for Lou backfired because he almost killed her, but it all worked out because she is about to get $10,000.00 from the State off of him and this nigga "Toni" aka Antonio Redrick wants to play with her and as we spent more time together she began to ask me things like; How much time someone would get for a gun and if I could help her get a gun she would give me $2,000.00 out of the ten grand she would be getting and she told me that she could get some money before that because she had a friend of hers break into her apartment and fuck up all of her old shit and that her landlord is going to have to pay her for that so that she can get all new shit. She said she would give me some of the money from the money her landlord was going to give her if I could help her get a gun right now so she could get back at that nigga Toni. She said Toni didn't realize how much of a gangsta and a criminal she was too, but he would find out. She told me she had already went to a room he was renting and taken 2 dogs he owned and sold them. but he couldn't prove it. She said she would keep fucking with him until she put him in jail. She said she would set him up with the police and courts until she had a long paper trail on him. I asked her what was she going to do with the gun, shoot him. She told me no because he don't fear dying, but he do fear jail and that is where he was going as soon as she got her hands on a gun. I asked her how would he go to jail if she had the gun. She then pointed to a all black addidas bag with blue/green stripes and said that is his shit, all I got to do is put a gun in the bag and call the cops and they will lock him up and see if his hoe will do the time with him. She said, "They want his ass off the streets anyways." I asked her if the gun and bag is in her house would that make it her shit and she said she would work it out that she just need a gun any gun and I told her I did not know anyone who was selling guns or into no shit like that and that she should just give dude his shit and we just chill. She looked at me and said; "Whatever."

I am willing to go to court to testify to what was told to me. I really didn't think she was serious until I got locked in Concord and Toni aka "Antonio Redrick" was here. I couldn't believe she had really followed through and set him up.

_Eddie Ray_
Eddie Ray

MARGARET MUBIRUMUSOKE
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct 30, 2009