UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                             Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

### DEFENDANT'S MOTION FOR EMERGENCY HEARING

Now comes the Defendant, Antonio Redrick, and moves this Honorable Court to hold an emergency hearing for the purposes of issuing an Order to the Government to prevent further interviews of an important defense witness. The defendant states as reason therefore that the government has previously approached the witness, Mr. Ray, and threatened him if he did not recant the contents of the Affidavit, as further set forth in the defendant's Motion to Dismiss. The defendant maintains that an emergency hearing is necessary to prevent further misconduct on the part of the government, and that time is of the essence.

                                        Respectfully Submitted

                                        /s/ MELVIN NORRIS
                                        Melvin Norris
                                        260 Boston Post Rd. Suite 9
                                        Wayland, MA. 01778
                                        Tel. 508 358 3305
                                        BBO # 373900

Dated: June 11, 2005