UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

### DEFENDANT'S MOTION TO EXTEND TIME FOR FILING SUPPORTING MEMORANDUM AND AFFIDAVIT

Now comes the Defendant, Antonio Redrick, and moves this Honorable Court to extend the time for filing the supporting memorandum and affidavits regarding his Motion to Dismiss. As reason therefore, the defendant states the following:

1. Counsel for the defendant has scheduled a vacation for the week of July 4 through July 11, 2005, which includes the date that this Court set for a deadline for filing the memorandum.

2. Further, the defendant cannot file a complete memorandum prior to his leaving because the Government has not yet provided notes or reports from the agents' prior interview with Mr. Ray, nor have they provided any transcripts of Mr. Ray's grand jury testimony.

3. The defendant, by counsel, wrote a letter requesting those reports but has not yet received the reports. A copy of that letter is attached to this Motion.

Wherefore, the defendant requests that this Court extend the time for filing the memoranda and affidavits, as specified in the Order of June 29, 2005, from July 8, 2005 to July 22, 2005, and

extend the government's time for response until August 5, 2005.

                                            Respectfully Submitted

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

Dated: June 30, 2005

OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts 01778
Tel.: (508) 358-3305
Fax: (508) 358-7787

June 30, 2005

Paul Moore, AUSA

U.S. Courthouse 9th floor

1 Courthouse Way

Boston, MA. 02210

RE: USA v. Redrick CR. 04 -10301 MLW

Dear Mr. Moore:

You advised me that you would furnish me with the reports on the agents' interview with Eddie Ray. Please forward the same to me as soon as possible.

Also, if Mr. Ray appeared before the Grand Jury, kindly forward a copy of the transcript to me.

Very truly yours,

Melvin Norris

cc: Dennis O'Leary

/Corrected/