UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.                                                    )<br>  )<br>ANTONIO NAKIA REDRICK,           )<br>                    Defendant.      )<br>  ) | Criminal No.  04-10301-MLW |

**GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to the Fed. R. Crim. P. 16(a)(1)(E), the government hereby discloses a written summary of the testimony and qualifications of Alan Offringa, a firearms and ammunition expert who will testify at trial.  With respect to the substance of Mr. Offringa's testimony, he will testify regarding the operation of shotguns and specifically, about how the action of pulling back the slide causes a round to be chambered, preparing the shotgun to shoot.  The basis for Mr. Offringa's opinion is his familiarity with shotguns through his more than thirty years of experience with firearms.

With regard to Mr. Offringa's qualifications, he is a recognized expert in firearms and ammunition.  He was an ATF Agent for approximately 30 years.  Prior to becoming an ATF agent, he was a Special Agent with the United States Customs Service.  Prior to that he was a police officer.  Special Agent Offringa was also a federally licensed firearms dealer.

Special Agent Offringa has attended numerous armorer schools, including Remington, Glock, and Sigsauer.  He served as the firearms instructor/coordinator and the firearms and ammunition examiner for the New England Field Division of ATF.  Among other duties that

those assignments entail, he was responsible for examining firearms and ammunition to determine their place of manufacture.

Special Agent Offringa has been involved in the study of firearms and ammunition for over 32 years and he keeps an extensive personal library of resource materials relating to that subject area.

                                                    Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

                        By:    /s/ Paul R. Moore
                             Paul R. Moore
                             Assistant U.S. Attorney

DATE: July 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant NAKIA A. REDRICK, Mel Norris, Esq., on July 15, 2005, via first class mail.

                                                   /s/ Paul R. Moore
                                                 Paul R. Moore
                                                 Assistant U.S. Attorney

DATE:  July 15, 2005