UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S WITNESS LIST

  The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1.  Special Agent Richard W. Donahue
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

2.  Special Agent Lisa Rudnicki
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3.  Tony Thurman
   Firearms and Ammunition Expert
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

4.  Special Agent Al Offringa
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

5.  Sgt. Det. William Feeney
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

6.  Officer Stephanie Bean
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

7.  Officer Arlene Joseph
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

8.  Carl Washington
    Firearms Examiner
    Boston Police Department
    650 Harrison Avenue
    Boston, Massachusetts

9.  Stephanie Forbes
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    Firearms Enforcement Branch
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:    /s/ Paul R. Moore
                                Paul R. Moore
July 15, 2005                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on July 15, 2005, via first class mail.

                              /s/ Paul R. Moore
                              Paul R. Moore
                              Assistant U.S. Attorney

July 15, 2005