UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

   1 - Marlin, Model 90, .20 gauge shotgun (bearing serial number p852)

   2 - Black duffel bag (from 6/4/04 incident)

   3 - Image of carvings in residence door (200 Columbia Road, Apartment 3-E)

   4 - Boxcutter (found on defendant at time of arrest)

   5 - Firearms Unit Test Result ("B.U. Case #04-0439; CC#: 040286234")

   6 - Affidavit of Eddie Ray, Jr. (June 3, 2005)

   7 - Affidavit of Tiffany Richardson (June 7, 2004)

   8 - Certified Copy of Conviction (Suffolk Co., No. SUCR1996-10902)

   9 - Certified Copy of Conviction (Suffolk Co., No. SUCR1994-10320)

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
Paul R. Moore
     Assistant U.S. Attorney

DATE: July 15, 2005

## CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Mel Norris, Esq., via first class mail, on this 15th day of July, 2005.

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

DATE: July 15, 2005