UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S REVISED PROPOSED WITNESS LIST

    The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1.    Special Agent Richard W. Donahue
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

2.    Special Agent Lisa Rudnicki
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

3.    Tony Thurman
    Firearms and Ammunition Expert
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

4.    Special Agent Philip Ball
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

5.  Sgt. Det. William Feeney
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

6.  Officer Stephanie Bean
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

7.  Officer Arlene Joseph
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

8.  Officer M. Torigian
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

9.  Officer D. Wright
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

10. Officer Nancy Hanley
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

11. Carl Washington
    Firearms Examiner
    Boston Police Department
    650 Harrison Avenue
    Boston, Massachusetts

12.     Brian Levrone
      Apartment Property Manager
      300 Columbia Road
      Dorchester, Massachusetts

13.     Stephanie Forbes
      Bureau of Alcohol, Tobacco and Firearms
      United States Department of Justice
      Firearms Enforcement Branch
      10 Causeway Street, Room 701
      Boston, Massachusetts 02222

14.     Tiffany Richardson
      200 Columbia Road
      Apartment 3-E
      Dorchester, Massachusetts

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore

July 22, 2005                     Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on July 22, 2005, via first class mail.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

July 22, 2005