UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO REDRICK | Cr. No. 04-CR-10301 MLW |

## AFFIDAVIT OF MELVIN NORRIS

Now comes Melvin Norris, Attorney for the defendant, and states the following under oath:

1. The copies of the ATF reports attached to the Memorandum in Support of the Motion to Dismiss are true and accurate copies of those reports received by me from the government.

2. I spoke with Mr. Eddie Ray on June 7, 2004.

3. Mr. Ray indicated to me that he was threatened by ATF agents with prosecution for perjury and/or obstruction of justice if he did not recant the Affidavit of June 24, 2004.

4. I reviewed the Affidavit of June 24, 2004 with Mr. Ray, and he affirmed to me that the contents were true and accurate.

Signed under the pains and penalties of perjury this 22 day of July, 2005.

_____