UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              Crim. No. 04-CR-10301 MLW

ANTONIO NAKIA REDRICK

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ANTONIO REDRICK'S CRIMINAL HISTORY AND RECORD FEDERAL RULE OF EVIDENCE 404(b)

Now comes the defendant, by court appointed counsel, and requests this Honorable Court to exclude from evidence his Criminal Record or criminal history. The defendant will enter a stipulation with the government that he has a prior conviction for a felony crime, which is an element of the crime for which he has been indicted. The defendant is indicted for being a Felon in Possession of a Firearm and a related firearms charge. Mr. Redrick is willing to stipulate that he has been convicted of a felony, and therefore the government does not need to introduce evidence of his prior criminal history as part of its burden of proof.

Introduction of this type of evidence will be far more prejudicial than probative, and would be an attempt by the government to introduce inadmissible and irrelevant character evidence under F.R.E. 404. Fed.R.Evid. 404(b) generally prohibits the introduction of evidence of a defendant's bad character or prior bad acts. This rule is intended to prevent a defendant from being found guilty on the basis of his reputation or character as opposed to the facts which underpin the specific charges in a case. The government's proposed character evidence has no relevance to either the offense charged in this case or any issue which is likely to arise at trial. Therefore, this Court should preclude the government from introducing such evidence.

It is unnecessary to the current indictment for the government to present evidence of Mr.

Redrick's prior criminal history. The defendant is stipulating to the predicate conviction for purposes of the Firearms charge, and therefore there is no independent relevance to his criminal record. Where the evidence is to be used for an impermissible purpose, this Court should preclude the government from introducing it.

 WHEREFORE, for the reasons set forth above the defendant requests that this Court rule that Mr. Redrick's Criminal Record or Criminal History are inadmissible at trial.

              Respectfully Submitted,

Date: July 22, 2005         /s/ MELVIN NORRIS
                Melvin Norris
                260 Boston Post Road
                Wayland, MA 01778
                (508) 358-3305
                BBO# 373900