UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO NAKIA REDRICK | Cr. No. 04-CR-10301 MLW |

**DEFENDANT ANTONIO REDRICK'S REQUEST FOR VOIR DIRE
OF THE PROSPECTIVE JURORS**

Now comes the defendant in the above-captioned matter, Antonio Nakia Redrick, and moves this Honorable Court, pursuant to Fed. R. Crim. P. 24(a), to examine the prospective jurors by inquiry as follows:

**I.    Victim of Crime**

    1.    Have you ever been a victim of a crime?

    If yes, please describe the incident:

        a.    When did it take place?

        b.    What was the age, race, national origin, and sex of the perpetrator?

        c.    Were the police called?

        d.    Was anyone arrested?

        e.    Did you testify in court?

        f.    What impressions about the police, prosecutors and about the judicial

       system did you form as a result of your experience?

    g.    Was a firearm involved in your experience?

    h.    Will this experience interfere in any way with your ability to be fair and impartial in this case?

**II.    Relationship to Law Enforcement Personnel**

    1.    Are you related to, or close friends with, any police officers, district attorneys, government agents or other law enforcement personnel? If yes:

        a.    Please describe your relationship with this person?

        b.    How often do you see him / her?

        c.    Where does he / she work?

        d.    Does he / she discuss his / her work with you?

        e.    As a result of your contact with this person, what are your impressions about police work / district attorneys' office, etc.?

        f.    Will this relationship interfere in any way with your ability to be fair and impartial in this case?

**III.    Attitudes and Impressions About Law Enforcement and Criminal Justice System**

    1.    What does it mean to you when the police arrest or the government indicts someone?

    2.    Do you think the police could mistakenly or knowingly arrest the wrong person, or the government could mistakenly or knowingly indict the wrong

        person? Why or why not?

3.    Does the fact that the defendant has been arrested or indicted make you think they did something wrong?

4.    Do you believe that a government agent or police officer's testimony should be given more weight than the testimony of any other witness?

5.    Do you believe that a government agent or police officer's testimony should be considered more truthful than the testimony of other witnesses?

IV.    **Attitudes and Impressions About Law Enforcement Responses to Crime in Inner City Neighborhoods and Neighborhoods Inhabited by Families with Lower Socio-Economic Status**

1.    What do you know about how the police respond to criminal activity in the Dorchester, Roxbury, and Mattapan neighborhoods of Boston?

2.    Do you think that the police behave more aggressively when responding to complaints of community problems, quality of life issues, or criminal conduct in the Dorchester, Roxbury, or Mattapan neighborhoods of Boston?

V.    **Attitudes About Victim / Nature of Crime / Defendant**

1.    Will the fact that this case involves charges of firearm possession affect your ability to be a fair and impartial juror?

2.    Are you related to, or close friends with any person who has been the victim

      of a crime committed using a firearm? If so, would that affect your ability to be a fair and impartial juror?

3. Do any of you believe that African American persons, simply because they are African American, are more likely to commit crimes or more likely to be involved in firearm offenses than persons who are not African American?

4. Do any of you have feelings one way or another about persons of African American ancestry that would make it at all difficult for you to act as a fair and impartial juror in this case?

## VI. **Presumption of Innocence**

1. Does the fact that Antonio Redrick is charged with a serious crime make you think he must have done something wrong?

2. Do you believe that Antonio Redrick could be innocent even though he is charged with a serious crime?

                                            Respectfully submitted,
                                            Antonio Redrick
                                            By his attorney,

Dated: July 22, 2005                                /s/ MELVIN NORRIS

                                            Melvin Norris
                                            260 Boston Post Road, Suite 9
                                            Wayland, MA 01778
                                            (508) 358-3305
                                            BBO# 373900