UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO REDRICK | Cr. No. 04-CR-10301 MLW |

### DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED EXHIBITS

Now comes the Defendant, and moves this Honorable Court that the Government be precluded from introducing certain of the exhibits listed on its Exhibit List dated July 15, 2005.

1. The Firearms Unit Test Result ("B.U. Case #04-0439; CC#: 040286234) (#5). This document is an unsupported hearsay statement, clearly offered for its content.

2. The Affidavit of Eddie Ray, Jr. (June 3, 2005) (#6). This document is hearsay, and the witness is available to the government. As an additional matter, the defendant has not seen this Affidavit as of this date, and requests that the government provide it forthwith.

3. The Affidavit of Tiffany Richardson (June 7, 2004) (#7). This Affidavit has no independent relevance, and is hearsay. Furthermore, the witness is available to testify on behalf of the government. The defendant requests that the government provide a copy of this Affidavit forthwith.

4.      The Certified Copies of Conviction at Numbers 8 and 9. Undersigned Counsel has agreed to stipulate to the fact of a prior felony conviction, and therefore introduction of these exhibits is unnecessarily prejudicial to the defendant.

                                Respectfully Submitted

                                /s/ MELVIN NORRIS
                                Melvin Norris
                                260 Boston Post Rd. Suite 9
                                Wayland, MA. 01778
                                Tel. 508 358 3305
                                BBO # 373900

Dated:          July 22, 2005