# ATTACHMENT 1

AFFIDAVIT

I, Eddie Ray (A-87948), hereby swear that any and all statements made by me in this affidavit are true to the best of my memory. I met Tiffany Richardson when I was in Dorchester Court. She was there on a matter with her and her ex-boyfriend. We began talking to each other and she started telling me that her and her man broke up because she found a camera in his pants after he had come home from a weekend trip. She said she had the film developed and when she got the pictures back they were dirty pictures of him and another woman in a hotel room. I ended up going home with Tiffany from the court that day and when we got to her house at 200 Columbia Road, she starting telling me about how men always did her fucked up, but she always got them back. She told me about her other ex-boyfriend before Mr. Redrick who I only know as Lou and how Lou is going to spend the rest of his life in jail because he wanted to be a player. She went on to tell me that her plan for Lou backfired because he almost killed her, but it all worked out because she is about to get $10,000.00 from the State off of him and this nigga "Toni" aka Antonio Redrick wants to play with her and as we spent more time together she began to ask me things like; How much time someone would get for a gun and if I could help her get a gun she would give me $2,000.00 out of the ten grand she would be getting and she told me that she could get some money before that because she had a friend of hers break into her apartment and fuck up all of her old shit and that her landlord is going to have to pay her for that so that she can get all new shit. She said she would give me some of the money from the money her landlord was going to give her if I could help her get a gun right now so she could get back at that nigga Toni. She said Toni didn't realize how much of a gangsta and a criminal she was too, but he would find out. She told me she had already went to a room he was renting and taken 2 dogs he owned and sold them, but he couldn't prove it. She said she would keep fucking with him until she put him in jail. She said she would set him up with the police and courts until she had a long paper trail on him. I asked her what was she going to do with the gun, shoot him. She told me no because he don't fear dying, but he do fear jail and that is where he was going as soon as she got her hands on a gun. I asked her how would he go to jail if she had the gun. She then pointed to a all black addidas bag with blue/green stripes and said that is his shit, all I got to do is put a gun in the bag and call the cops and they will lock him up and see if his hoe will do the time with him. She said, "They want his ass off the streets anyways." I asked her if the gun and bag is in her house would that make it her shit and she said she would work it out that she just need a gun any gun and I told her I did not know anyone who was selling guns or into no shit like that and that she should just give dude his shit and we just chill. She looked at me and said; "Whatever"

I am willing to go to court to testify to what was told to me. I really didn't think she was serious until I got locked in Concord and Toni aka "Antonio Redrick" was here. I couldn't believe she had really followed through and set him up.

Eddie Ray
Eddie Ray

MARGARET MUBIRUMUSOKE
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct 30, 2009

# ATTACHMENT 2

OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts 01778
Tel: (508) 358-3305
Fax: (508) 358-7787

January 19, 2005

Paul Moore, AUSA

U.S. Courthouse 9th floor

1 Courthouse Way

Boston, MA. 02210

RE: USA v. Redrick CR# 04 -10301MWL

Dear Mr. Moore:

I am forwarding to you a copy of an affidavit of Eddie Ray regarding the fact in this case. I received this affidavit from my client's Attorney in the Dorchester Case. I have not been able to locate Mr. Ray who may be in custody. I feel that your office should investigate these allegations.

Again, please let me know where and when I my view the firearm. Your prompt response in requested.

Very truly yours,

Melvin Norris

\
cc: Redrick

**ATTACHMENT   3**



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

January 31, 2005

Mel Norris, Esq.
260 Boston Post Road
Wayland, MA 01778

    Re:    <u>United States v. Antonio Nakia Redrick</u>
             Criminal No. 04-10301-MLW

Dear Attorney Norris:

    The government is in receipt of your letter, dated January 19, 2005, and to which letter was attached a signed Affidavit submitted by Eddie Ray and which Affidavit purports that he was privy to a conversation(s) indicating that Tiffany Richardson may once have discussed the possibility of planting a gun in the duffel bag of Mr. Redrick.

    Thank you for providing the above-referenced Affidavit. In response, the government is attempting to locate Mr. Ray, Ms. Richardson, tenants at the apartment complex where Ms. Richardson lived, and conduct other investigatory efforts to assist in the determination as to whether, in light of the Affidavit's assertions and the author's veracity or lack thereof, the government's charges in this matter remain solid.

    *Attached as evidencing the government's commensurate effort, please find the criminal record of Mr. Ray (author of the Affidavit). Mr. Ray is currently housed at South Bay Jail, where he is serving a state sentence.*

    *In addition, ATF has confirmed that Mr. Ray and Mr. Redrick were housed at Concord MCI for an overlapping period (6/8/2004 through 7/2/2004). We anticipate written documentation of this fact and will provide it to you as quickly as possible upon receipt.*

    *The government has further request that the Boston Police Department provide a tape of the 911 call which led to this matter and will provide a copy of that to you as quickly as possible upon receipt.*

      If I can be of any further assistance or you would like to arrange to discuss this matter, please do not hesitate to call me at (617) 748-3654.

          Very truly yours,

          MICHAEL J. SULLIVAN
          United States Attorney

By:

          _____
          Paul R. Moore
          Assistant United States Attorney

**Attachments**

# ATTACHMENT 4



# Suffolk County Sheriff's Department



ANDREA J. CABRAL
SHERIFF

Jail
200 Nashua Street
Boston, MA 02114
(617) 635-1100

House of Correction
20 Bradston Street
Boston, MA 02118
(617) 635-1000

## INTERVIEW WAIVER

I, __Eddie Ray Jr__ a legally incarcerated inmate at the Suffolk County House of Correction, consent to speak with the following named officers/agents. I do this of my own free will and have not been threatened or compelled to do so.

OFFICER/AGENT __Richard Donahue__

OFFICER/AGENT __Philip Bell__

OFFICER/AGENT _____

INMATE SIGNATURE __Eddie Ray Jr__

WITNESS SIGNATURE __Philip Bell__

DATE/TIME __6/3/05__

# ATTACHMENT 5

DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## AFFIDAVIT

PAGE 1 OF 1 PAGES

I, Eddie Ray Jr, state that

I reside at South Bay House of Corrections.

While I was incarcerated at Concord State Prison, I met an individual named Antonio Redrick. Antonio told me the story about his gun arrest. He asked me to help him by signing my name to an affidavit that he drafted. I agreed to sign the affidavit because I felt sorry for him and I was angry at the system. The story is completely false.

I have read the foregoing statement consisting of 1 pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on June 3, 19 2005.

SIGNATURE OF AFFIANT: Eddie Ray Jr

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd DAY OF June, 2005

AT South Bay House of Corrections

SIGNATURE: [signature]
TITLE: ATF Special Agent

WITNESS SIGNATURE: [signature]
Philip Ball
Special Agent

ATF F 5000.1 (12-83)

# ATTACHMENT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                          Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

### MOTION TO DISMISS DUE TO PROSECUTORIAL MISCONDUCT, REQUEST FOR TEMPORARY RESTRAINING ORDER, AND REQUEST FOR HEARING

Now comes the Defendant, Antonio Redrick, and moves this Honorable Court to dismiss the Indictment against him with prejudice because of the misconduct of the government investigators. As reason therefore, the defendant assigns the following:

1. The defendant was indicted for being a felon in possession of a firearm.

2. The defendant obtained an affidavit from a Mr. Eddie Ray, a prison inmate, which averred that Mr. Redrick was "set up" by an ex-girlfriend, and that this woman had told Mr. Ray the details of the "set-up."

3. The defendant produced this Affidavit as part of his discovery production.

4. Agents from the ATF interrogated Mr. Ray at the South Bay Correctional Institution, where he was incarcerated, and threatened him with prosecution for perjury or Obstruction of Justice, resulting in substantial further prison time if he did not recant the allegations in the affidavit.

5. As a result of these threats, Mr. Ray recanted his affidavit to the government officers.

6. Mr. Ray relayed these threats to undersigned counsel, and explained the circumstances of his prior recantation.

7. This Affidavit, and the facts averred therein, strongly tend to exculpate the defendant from the allegations in the indictment, and would likely result in the acquittal of Mr. Redrick. A copy of the Affidavit is Attached.

8. As a result of the actions of the government agents, the prosecution will now have the ability to impeach Mr. Ray that they would not have had absent the misconduct.

Wherefore, the defendant requests that this Court dismiss the Indictment with prejudice due to the misconduct of the government investigators. The defendant further requests that the government, together with its agents and servants, be Ordered from communicating any further with Mr. Ray, including any appearance before a Grand Jury until a hearing in this matter is held by this Court.

Respectfully Submitted

/S/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

Dated:    June 11, 2005

6-24-04

## AFFIDAVIT

I, Eddie Ray (A-87948), hereby swear that any and all statements made by me in this affidavit are true to the best of my memory. I met Tiffany Richardson when I was in Dorchester Court. She was there on a matter with her and her ex-boyfriend. We began talking to each other and she started telling me that her and her man broke up because she found a camera in his pants after he had come home from a weekend trip. She said she had the film developed and when she got the pictures back they were dirty pictures of him and another woman in a hotel room. I ended up going home with Tiffany from the court that day and when we got to her house at 200 Columbia Road, she starting telling me about how men always did her fucked up, but she always got them back. She told me about her other ex-boyfriend before Mr. Redrick who I only know as Lou and how Lou is going to spend the rest of his life in jail because he wanted to be a player. She went on to tell me that her plan for Lou backfired because he almost killed her, but it all worked out because she is about to get $10,000.00 from the State off of him and this nigga "Toni" aka Antonio Redrick wants to play with her and as we spent more time together she began to ask me things like; How much time someone would get for a gun and if I could help her get a gun she would give me $2,000.00 out of the ten grand she would be getting and she told me that she could get some money before that because she had a friend of hers break into her apartment and fuck up all of her old shit and that her landlord is going to have to pay her for that so that she can get all new shit. She said she would give me some of the money from the money her landlord was going to give her if I could help her get a gun right now so she could get back at that nigga Toni. She said Toni didn't realize how much of a gangsta and a criminal she was too, but he would find out. She told me she had already went to a room he was renting and taken 2 dogs he owned and sold them, but he couldn't prove it. She said she would keep fucking with him until she put him in jail. She said she would set him up with the police and courts until she had a long paper trail on him. I asked her what was she going to do with the gun, shoot him. She told me no because he don't fear dying, but he do fear jail and that is where he was going as soon as she got her hands on a gun. I asked her how would he go to jail if she had the gun. She then pointed to a all black addidas bag with blue/green stripes and said that is his shit, all I got to do is put a gun in the bag and call the cops and they will lock him up and see if his hoe will do the time with him. She said, "They want his ass off the streets anyways." I asked her if the gun and bag is in her house would that make it her shit and she said she would work it out that she just need a gun any gun and I told her I did not know anyone who was selling guns or into no shit like that and that she should just give dude his shit and we just chill. She looked at me and said; "Whatever"

I am willing to go to court to testify to what was told to me. I really didn't think she was serious until I got locked in Concord and Toni aka "Antonio Redrick" was here. I couldn't believe she had really followed through and set him up.

*Eddie Ray* (signature)
Eddie Ray

MARGARET MUBIRUMUSOKE
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct 30, 2009