# ATTACHMENT    7

*** C I V I L   R E S T R A I N I N G   O R D E R ***

---

Defendant: RAY, EDDIE JR                    DOB:  2/11/59 PCF: 000579888

---

Plaint: BRIDGETE BEST
Street: 145 STOUGHTON STREET          City: DORCHESTER              ST: MA

---

Docket:     0407RO478   Court:   7  Order: M.G.L. Chapter 209A Section:  4
Order Date:  5/18/04  Expiration Date:   6/01/04  Status:*** CLOSE ***
*** *** ***    Court Orders    *** *** ***
1.X Refrain from abuse              2.X No contact stay at least  100 yds
3.X Vacate/stay away resd      Bld      4.  Address Impounded
5.  Stay away workplace             6.  Custody of following to plaintiff


7.X No contact with any child named in 6 or listed below: Stay at least  100 yd
    SHIRLEY BOOKER          BRITTNEY BEST

    X Stay away from school,daycare,other: (see order)
8.  Visitation rights: See Order       9.  Support payment ordered
10.  Personal belongings pickup w/PD   11.  Compensation ordered
12.X Surrender guns,ammo,LIC,FID       13.  Other: See order

---

*South Bay* ( 617-635-1000 )

Stanley jurski 617 989 6514
Victor Tice 617-989-6544
cell- 617-839-6793

Investigator
Roberts

↑x 6518          1000
                 x 6515
                   16
                   18

```
             *** C I V I L   R E S T R A I N I N G   O R D E R ***
----------------------------------------------------------------------------
Defendant: RAY, EDDIE JR              DOB:  2/11/59 PCF: 000579888
----------------------------------------------------------------------------
Plaint: BEST, BRIDGETTE
Street: 471 DUDLEY ST                 City: ROXBURY                    ST: MA
----------------------------------------------------------------------------
Docket:    0302RO00481   Court:  2  Order: M.G.L. Chapter 209A Section:   3
Order Date:  7/09/03  Expiration Date:   9/24/03    Status:*** CLOSE ***
            *** *** ***  Court Orders  *** *** ***
 1.X Refrain from abuse            2.X No contact stay at least  100 yds
 3.X Vacate/stay away resd    Bld   4.  Address Impounded
 5.  Stay away workplace            6.  Custody of following to plaintiff


 7.X No contact with any child named in 6 or listed below: Stay at least   yd
     B BEST


     Stay away from school,daycare,other: (see order)
 8.  Visitation rights: See Order     9.  Support payment ordered
10.  Personal belongings pickup w/PD  11.  Compensation ordered
12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
----------------------------------------------------------------------------
```

```
                    *** C I V I L   R E S T R A I N I N G   O R D E R ***
--------------------------------------------------------------------------------
Defendant: RAY, EDDIE JR              DOB:  2/11/59 PCF: 000579888
--------------------------------------------------------------------------------
Plaint: BOOKER-BEST, BRIDGETTE
Street: 33 ST ROSE ST                 City: JAMAICA PLAIN              ST: MA
--------------------------------------------------------------------------------
Docket:   0306RO0133A   Court:  6  Order: M.G.L. Chapter 209A Section:   4
Order Date:  3/10/03  Expiration Date:  3/24/03    Status:*** CLOSE ***
                *** *** ***  Court Orders  *** *** ***
 1.X Refrain from abuse              2.X No contact stay at least   50 yds
 3.X Vacate/stay away resd    X Bld  4.  Address Impounded
 5.  Stay away workplace             6.  Custody of following to plaintiff


 7.X No contact with any child named in 6 or listed below: Stay at least   50 yd
     BRITTANY 12/21/89


     X Stay away from school,daycare,other: (see order)
 8.  Visitation rights: See Order    9.  Support payment ordered
10.  Personal belongings pickup w/PD 11.  Compensation ordered
12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
--------------------------------------------------------------------------------
```

```
*************************************************************
*                                                           *
*         ****** WARNING ******* WARNING *******            *
*                                                           *
*     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS. *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                   *
*                                                           *
*************************************************************
```

```
          *********    COMMONWEALTH OF MASSACHUSETTS    *********
                       CRIMINAL HISTORY SYSTEMS BOARD

                       *** PERSONS COURT SUMMARY ***
```

NAM: RAY, EDDIE JR              FORMAL-NAM: EDWARD           PCF: 00000579888
DOB: 02/11/59   SEX: M  RAC: B      POB: SPRINGFIELD         SSN: 022449894
MOM:DOROTHY              POP:EDDIE RAY SR   HGT: 602 WGT: 245 HAI: BLK EYE: BRO
ADDRESS: 25 WYOMING ST.,APT.#4, DORCHESTER, MA.


ALIAS:
     NAM: MUSJHEEN, MUSTAFA
     FORMAL-NAM: MUSTAFA
     DOB: 02/11/59  SEX: M  RAC:



***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** ***** *****

ARRAIGNMENT: (001)
   ARG-DATE: 09/08/04 PD: BOS COURT: BOSTON DISTRICT       DKT#:    0401CR4917A
   OFF:   LARCENY MORE                                     LAR MORE
   DISP: C 9/27/04 6MO CMTD                                STATUS: C    WPD:


ARRAIGNMENT: (002)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT      DKT#:  0402CR003845A
   OFF:  RESISTING ARREST                                  RESIST ARST
   DISP: C 9/15/04 DFW 11/23/04 DR C 12/3/04 G 6 MOS SCHC  STATUS: C    WPD:


ARRAIGNMENT: (003)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT      DKT#:  0402CR003845B
   OFF:  SHOPLIFTIN                                        SHOPLIFT
   DISP: C 9/15/04 DFW 11/23/04 DR C 12/3/04 G FILE        STATUS: C    WPD:


ARRAIGNMENT: (004)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT      DKT#:  0402CR003845C
   OFF:  MAL DESTRUCTION OF PROPERTY                       PROP MAL DES
   DISP: C 9/15/04 DFW 11/23/04 DR C 12/3/04 DISM          STATUS: C    WPD:

```
ARRAIGNMENT: (005)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT          DKT#:   0402CR003845D
   OFF:   KNOWINGLY REC STOLEN PROP                            RSG
   DISP: C 9/15/04 DF WAR 11/23/04 D/R C 12/3/04 DISM          STATUS: C    WPD:


ARRAIGNMENT: (006)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT          DKT#:   0402CR003845E
   OFF:   SHOPLIFTIN                                           SHOPLIFT
   DISP: C 9/15/04 DF WAR 11/23/04 D/R C 12/3/04 G FILE        STATUS: C    WPD:


ARRAIGNMENT: (007)
   ARG-DATE: 08/23/04 PD: BOS COURT: ROXBURY DISTRICT          DKT#:   0402CR003845F
   OFF:   TRESPASSING                                          TRES
   DISP: C 9/15/04 DF WAR 11/23/04 D/R C 12/3/04 DISM          STATUS: C    WPD:


ARRAIGNMENT: (008)
   ARG-DATE: 06/01/04 PD: BOS COURT: DORCHESTER DISTRICT       DKT#:    0407CR2827A
   OFF:   ASSAULT AND BATTERY                                  A&B
   DISP: C 9/7/04 DISM                                         STATUS: C    WPD:


ARRAIGNMENT: (009)
   ARG-DATE: 06/01/04 PD: BOS COURT: DORCHESTER DISTRICT       DKT#:    0407CR2827B
   OFF:   THREATENING                    BODILY HARM           THREAT
   DISP: C 9/7/04 DISM                                         STATUS: C    WPD:


ARRAIGNMENT: (010)
   ARG-DATE: 06/01/04 PD: BOS COURT: DORCHESTER DISTRICT       DKT#:    0407CR2827C
   OFF:   THREATENING                    BODILY HARM           THREAT
   DISP: C 9/7/04 DISM                                         STATUS: C    WPD:


ARRAIGNMENT: (011)
   ARG-DATE: 06/01/04 PD: BOS COURT: DORCHESTER DISTRICT       DKT#:    0407CR3109A
   OFF:   RESISTING ARREST                                     RESIST ARST
   DISP: C 11/29/04 JT G 1YR CMTD                              STATUS: C    WPD:


ARRAIGNMENT: (012)
   ARG-DATE: 06/01/04 PD: BOS COURT: DORCHESTER DISTRICT       DKT#:    0407CR3109B
   OFF:   A&B ON POLICE OFFICER                                A&B PO
   DISP: C 11/29/04 JT G 1YR CMTD                              STATUS: C    WPD:


ARRAIGNMENT: (013)
```

    OFF:  ASSAULT DANGEROUS WEAPON           KNIFE              ASLT DW
    DISP: C 11/29/04 JT G 1YR CMTD                              STATUS: C   WPD:


ARRAIGNMENT: (014)
    ARG-DATE: 09/12/03 PD: BOS COURT: ROXBURY DISTRICT     DKT#:  0302CR004493A
    OFF:  RESTRAINING ORDER VIOLATION                      RESTRN ORD
    DISP: C 9/19/03 C 10/3/03 G 1YR SCHC SS 18 MOS 4/1/05 VN STATUS: C   WPD:
          9/15/04 DFW 11/23/04 DR VN 12/3/04 VOP 1YR CMTD


ARRAIGNMENT: (015)
    ARG-DATE: 09/12/03 PD: BOS COURT: ROXBURY DISTRICT     DKT#:  0302CR004493B
    OFF:  CARRYING DANGEROUS WEAPON                        DWC
    DISP: C 9/19/03 C 10/3/03 G 1YR SCHC SS 18 MOS 4/1/05 VN STATUS: C   WPD:
          9/15/04 DFW 11/23/04 DR VN 12/3/04 VOP 1YR CMTD


ARRAIGNMENT: (016)
    ARG-DATE: 08/14/03 PD: BOS COURT: DORCHESTER DISTRICT  DKT#:   0307CR4990A
    OFF:  SHOPLIFTIN                                       SHOPLIFT
    DISP: C 9/10/03 G $250 FINE VWF C 11/29/04 TERM & DISCH STATUS: C   WPD:


ARRAIGNMENT: (017)
    ARG-DATE: 07/16/03 PD: BOS COURT: DORCHESTER DISTRICT  DKT#:   0307CR3649A
    OFF:  DESTRUCTION OF PROPERTY       OVER $250          PROP DES
    DISP: WAR 7/23/03 WAR/WD C 11/10/03 JT DISM            STATUS: C   WPD:


ARRAIGNMENT: (018)
    ARG-DATE: 07/11/03 PD: BOS COURT: ROXBURY DISTRICT     DKT#:  0302CR003292A
    OFF:  ABUSE PREVENTION ACT                             AB PREV ACT
    DISP: C 9/19/03 C 10/3/03 DISM                         STATUS: C   WPD:


ARRAIGNMENT: (019)
    ARG-DATE: 08/28/02 PD: BOS COURT: BOSTON DISTRICT      DKT#:   0201CR4270A
    OFF:  LARCENY MORE                                     LAR MORE
    DISP: C 3/6/03 PROB 3/2/05 CMTY SRV BF10/30/03 VN 9/14/0 STATUS: C   WPD:
          4 CA 8/24/04 WAR WAR/WD C 9/27/04 6MO CMTD


ARRAIGNMENT: (020)
    ARG-DATE: 04/29/02 PD: CAM COURT: CAMBRIDGE DISTRICT   DKT#:   0252CR1287A
    OFF:  LARCENY MORE                                     LAR MORE
    DISP: C 6/4/02 8/13/02 10/7/02 C 12/6/02 C 2/10/03 DISM STATUS: C   WPD:


ARRAIGNMENT: (021)
    ARG-DATE: 03/16/02 PD: PVT COURT: BOSTON DISTRICT      DKT#:   0201CR1066A
    OFF:  SHOPLIFTIN                                       SHOPLIFT
    DISP: C 3/6/03 PROB 3/2/05 BF 10/30/03 VN 8/24/04 WAR  STATUS: C   WPD:

ARRAIGNMENT: (022)
  ARG-DATE: 03/16/02 PD: PVT COURT: BOSTON DISTRICT          DKT#:    0201CR1066B
  OFF:  ASSAULT AND BATTERY                                  A&B
  DISP: C 3/6/03 PROB 3/2/05 BF 10/30/03 VN 8/24/04 DF       STATUS: C   WPD:
        D/R C 9/27/04 6MO CMTD


ARRAIGNMENT: (023)
  ARG-DATE: 03/16/02 PD: PVT COURT: BOSTON DISTRICT          DKT#:    0201CR1066C
  OFF:  ASSAULT AND BATTERY                                  A&B
  DISP: C 3/6/03 PROB 3/2/05 BF 10/30/03 VN 8/24/04 DF D/R   STATUS: C   WPD:
        C 9/27/04 6MO CMTD


ARRAIGNMENT: (024)
  ARG-DATE: 03/16/02 PD: PVT COURT: BOSTON DISTRICT          DKT#:    0201CR1066D
  OFF:  RESISTING ARREST                                     RESIST ARST
  DISP: C 3/6/03 PROB 3/2/05 BF 10/30/03 VN 8/24/04 DF D/R   STATUS: C   WPD:
        C 9/27/04 6MO CMTD


ARRAIGNMENT: (025)
  ARG-DATE: 03/16/02 PD: PVT COURT: BOSTON DISTRICT          DKT#:    0201CR1066E
  OFF:  CARRYING DANGEROUS WEAPON        SWITCH BLADE        DWC
  DISP: C 3/6/03 PROB 3/2/05 BF 10/30/03 VN 8/24/04 DF       STATUS: C   WPD:
        D/R C 9/27/04 6MO CMTD


ARRAIGNMENT: (026)
  ARG-DATE: 01/24/02 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    0207CR0557A
  OFF:  LARCENY FROM A PERSON                                LAR PERS
  DISP: C 6/27/02 (JT) DISM                                  STATUS: C   WPD:


ARRAIGNMENT: (027)
  ARG-DATE: 01/24/02 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    0207CR0557B
  OFF:  POSS CLASS D CONT SUB                                CSA POSS D
  DISP: C 6/27/02 (JT) DISM                                  STATUS: C   WPD:


ARRAIGNMENT: (028)
  ARG-DATE: 01/24/97 PD: DED COURT: NORFOLK SUPERIOR         DKT#:    102930
  OFF:  ARMED ROBBERY                                        ROB ARM
  DISP: C 7/28/97 G 5 YRS -5YRS + 1DA CMTD VWF PD            STATUS: C   WPD:


ARRAIGNMENT: (029)
  ARG-DATE: 01/24/97 PD: DED COURT: NORFOLK SUPERIOR         DKT#:    102931
  OFF:  ARMED ROBBERY                                        ROB ARM
  DISP: C 7/28/97 NP                                         STATUS: C   WPD:

```
ARRAIGNMENT: (030)
  ARG-DATE: 01/24/97 PD: DED COURT: NORFOLK SUPERIOR      DKT#:        102932
  OFF:  A&B DANGEROUS WEAPON                              A&B DW
  DISP: C 7/28/97 PROB 7/29/04 10/29/01 VN C 11/5/01 VOP STATUS: C   WPD:
        PROB 10/6/2003 (@84)VOP W/R 10/14/04 12MO HC CMTD


ARRAIGNMENT: (031)
  ARG-DATE: 01/24/97 PD: DED COURT: NORFOLK SUPERIOR      DKT#:        102933
  OFF:  ASSAULT DANGEROUS WEAPON                          ASLT DW
  DISP: C 7/28/97 NP                                      STATUS: C   WPD:


ARRAIGNMENT: (032)
  ARG-DATE: 01/24/97 PD: DED COURT: NORFOLK SUPERIOR      DKT#:        102934
  OFF:  CARRYING DANGEROUS WEAPON                         DWC
  DISP: C 7/28/97 G COURT ENTERS DIRECT VERDICT           STATUS: C   WPD:


ARRAIGNMENT: (033)
  ARG-DATE: 11/22/96 PD: DED COURT: DEDHAM DISTRICT       DKT#:    9654CR2996A
  OFF:  ARMED ROBBERY                                     ROB ARM
  DISP: C 4/15/97 NP                                      STATUS: C   WPD:


ARRAIGNMENT: (034)
  ARG-DATE: 11/22/96 PD: DED COURT: DEDHAM DISTRICT       DKT#:    9654CR2996B
  OFF:  ARMED ROBBERY                                     ROB ARM
  DISP: C 4/15/97 NP                                      STATUS: C   WPD:


ARRAIGNMENT: (035)
  ARG-DATE: 06/02/95 PD: BOS COURT: SUFFOLK SUPERIOR      DKT#:      9510315001
  OFF:  ROBBERY                                           ROB
  DISP: C 10/25/95 G PROB 2YR F/A SURR C 8/12/97          STATUS: C   WPD:
        SURR CMTD


ARRAIGNMENT: (036)
  ARG-DATE: 06/02/95 PD: BOS COURT: SUFFOLK SUPERIOR      DKT#:      9510315002
  OFF:  BURGLARY                                          BURG
  DISP: C 10/25/95 G 1YR 1DA MCICJ CMTD                   STATUS: C   WPD:


ARRAIGNMENT: (037)
  ARG-DATE: 05/04/95 PD: BOS COURT: DORCHESTER DISTRICT   DKT#:     9507CR3235A
  OFF:  BURGLARY                    UNARMED               BURG
  DISP: WAR 5/12/95 WAR/WD C 6/1/95 DISM INDICT           STATUS: C   WPD:


ARRAIGNMENT: (038)
  ARG-DATE: 05/04/95 PD: BOS COURT: DORCHESTER DISTRICT   DKT#:     9507CR3236A
  OFF:  B&E NT W/I COM FEL                                B&E NT W/I FEL
```

DISP: WAR 5/12/95 WAR/WD C 6/1/95 DISM    STATUS: C    WPD:

```
ARRAIGNMENT: (039)
  ARG-DATE: 05/03/95 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9507CR3204A
  OFF:  B&E NIGHT                    W/I COM MISD            B&E NT
  DISP: DF 5/12/95 D/R C 6/1/95 DISM                        STATUS: C    WPD:


ARRAIGNMENT: (040)
  ARG-DATE: 05/03/95 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9507CR3204B
  OFF:  THREATENING                  COM CRIME              THREAT
  DISP: C 6/1/95 DISM                                       STATUS: C    WPD:


ARRAIGNMENT: (041)
  ARG-DATE: 07/06/94 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9407CR4040A
  OFF:  ARMED ASSAULT IN DWELL HOUSE                        ASLT ARM DWL
  DISP: C 7/25/94 DISM                                      STATUS: C    WPD:


ARRAIGNMENT: (042)
  ARG-DATE: 07/06/94 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9407CR4040B
  OFF:  ASSAULT DANGEROUS WEAPON                            ASLT DW
  DISP: C 7/25/94 DISM                                      STATUS: C    WPD:


ARRAIGNMENT: (043)
  ARG-DATE: 07/06/94 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9407CR4040C
  OFF:  B&E DT W/I COM FEL                                  B&E DT W/I FEL
  DISP: C 7/25/94 DISM                                      STATUS: C    WPD:


ARRAIGNMENT: (044)
  ARG-DATE: 07/06/94 PD: BOS COURT: DORCHESTER DISTRICT      DKT#:    9407CR4040D
  OFF:  CARRYING DANGEROUS WEAPON                           DWC
  DISP: C 7/25/94 DISM                                      STATUS: C    WPD:


ARRAIGNMENT: (045)
  ARG-DATE: 05/06/94 PD: BOS COURT: ROXBURY DISTRICT         DKT#:    9402CR3279A
  OFF:  ASSAULT DANGEROUS WEAPON       KNIFE                ASLT DW
  DISP: C 6/1/94 DISM                                       STATUS: C    WPD:


ARRAIGNMENT: (046)
  ARG-DATE: 05/06/94 PD: BOS COURT: ROXBURY DISTRICT         DKT#:    9402CR3279B
  OFF:  AFFRAY                         COMMON LAW           AFFRAY
  DISP: C 6/1/94 DISM                                       STATUS: C    WPD:
```

ARRAIGNMENT: (047)
  ARG-DATE: 04/11/94 PD: BOS COURT: CHARLESTOWN DISTRICT   DKT#:     9404CR0387A
  OFF:  TRESPASSING                                       TRES
  DISP: WAR 4/22/94 DR C 5/20/94 (JT@14) C 7/14/94 DISM   STATUS: C   WPD:

ARRAIGNMENT: (048)
  ARG-DATE: 04/11/94 PD: BOS COURT: CHARLESTOWN DISTRICT   DKT#:     9404CR0387B
  OFF:  THREATENING                                 THREAT
  DISP: WAR 4/22/94 DR C 5/20/94 (JT@14)C 7/14/94 DISM   STATUS: C   WPD:

ARRAIGNMENT: (049)
  ARG-DATE: 02/28/94 PD:   COURT: PEABODY DISTRICT     DKT#:     9486CR0373A
  OFF:  ASSAULT AND BATTERY                           A&B
  DISP: C 8/16/94 DISM                               STATUS: C   WPD:

ARRAIGNMENT: (050)
  ARG-DATE: 02/28/94 PD:   COURT: PEABODY DISTRICT     DKT#:     9486CR0373B
  OFF:  POSS CLASS D CONT SUB      MARIJUANA       CSA POSS D
  DISP: C 8/16/94 G FILE                           STATUS: C   WPD:

ARRAIGNMENT: (051)
  ARG-DATE: 02/04/94 PD: MAL COURT: MALDEN DISTRICT    DKT#:     9450CR0349A
  OFF:  SHOPLIFTIN                                  SHOPLIFT
  DISP: G $125 FINE VWF REV 5/6/94 DF 8/26/94 D/R DISM   STATUS: C   WPD:

ARRAIGNMENT: (052)
  ARG-DATE: 02/03/94 PD:   COURT: ROXBURY DISTRICT     DKT#:     9402CR0860A
  OFF:  MAL DESTRUCTION OF PROPERTY    OVER       PROP MAL DES
  DISP: C 4/28/94 DISM                               STATUS: C   WPD:

ARRAIGNMENT: (053)
  ARG-DATE: 02/03/94 PD:   COURT: ROXBURY DISTRICT     DKT#:     9402CR0860B
  OFF:  THREATENING                                   THREAT
  DISP: C 4/28/94 DISM                               STATUS: C   WPD:

ARRAIGNMENT: (054)
  ARG-DATE: 01/24/94 PD:   COURT: DORCHESTER DISTRICT   DKT#:     9407CR0370A
  OFF:  SHOPLIFTIN                                  SHOPLIFT
  DISP: C 2/22/94 DISM                               STATUS: C   WPD:

ARRAIGNMENT: (055)
  ARG-DATE: 01/24/94 PD:   COURT: DORCHESTER DISTRICT   DKT#:     9407CR0371A

ARRAIGNMENT: (056)
  ARG-DATE: 01/24/94 PD:    COURT: DORCHESTER DISTRICT        DKT#:    9407CR0371B
  OFF:  SHOPLIFTIN                                            SHOPLIFT
  DISP: C 2/22/94 G PROB 8/22/94 C 7/25/94 TERM              STATUS: C    WPD:


ARRAIGNMENT: (057)
  ARG-DATE: 01/24/94 PD:    COURT: DORCHESTER DISTRICT        DKT#:    9407CR0371C
  OFF:  CONTRIBUTING TO DELIQUENCY                           CONTR DEL
  DISP: C 2/22/94 DISM                                       STATUS: C    WPD:


ARRAIGNMENT: (058)
  ARG-DATE: 12/09/93 PD:    COURT: BOSTON MUNICIPAL JURY OF   DKT#:       932327A
  OFF:  THREATENING                                          THREAT
  DISP: C 2/15/94 6MO CMTD STAY 7/19/94 STAY REV 6MO CMTD    STATUS: C    WPD:
        (@1)


ARRAIGNMENT: (059)
  ARG-DATE: 08/31/93 PD:    COURT: ROXBURY DISTRICT           DKT#:    9302CR6177A
  OFF:  THREATENING                                          THREAT
  DISP: C 9/27/93 DISM C 3/4/94 STAT FEE DF 5/16/94 D/R C    STATUS: C    WPD:
        6/1/94 DISM


ARRAIGNMENT: (060)
  ARG-DATE: 08/18/93 PD:    COURT: BOSTON DISTRICT            DKT#:    9301CR6588A
  OFF:  DISORDERLY PERSON                                    DIS PERS
  DISP: C 11/19/93 NG                                        STATUS: C    WPD:


ARRAIGNMENT: (061)
  ARG-DATE: 08/18/93 PD:    COURT: BOSTON DISTRICT            DKT#:    9301CR6588B
  OFF:  THREATENING               A&B                        THREAT
  DISP: C 11/19/93 30DA CMTD APP                             STATUS: C    WPD:


ARRAIGNMENT: (062)
  ARG-DATE: 08/18/93 PD:    COURT: BOSTON DISTRICT            DKT#:    9301CR6588C
  OFF:  THREATENING               MURDER                     THREAT
  DISP: C 11/19/93 NG                                        STATUS: C    WPD:


ARRAIGNMENT: (063)
  ARG-DATE: 04/21/93 PD: BOS COURT: BOSTON MUNICIPAL JURY OF  DKT#:       930717A
  OFF:  ASSAULT AND BATTERY            PUBLIC SERV            A&B
  DISP: C 5/26/93 APP WD 1YR SPS 90DA CMTD 4/6/94 (@1 1432A  STATUS: C    WPD:
        )12894 SURR C 21594 PR 1YR CMTD STY 91994 1YR CMTD

ARRAIGNMENT: (064)
  ARG-DATE: 04/21/93 PD:    COURT: BOSTON MUNICIPAL JURY OFDKT#:       930717B
  OFF:  ASSAULT AND BATTERY              PUBLIC SERV        A&B
  DISP: C 5/26/93 APP WD 1YR SPS 90DA CMTD 4/6/94(@1 1432B STATUS: C   WPD:
        )12893 SURR C 21594 PR 1YR CMTD STY 91994 1YR CMTD


ARRAIGNMENT: (065)
  ARG-DATE: 04/21/93 PD:    COURT: BOSTON MUNICIPAL JURY OFDKT#:       930717C
  OFF:  ASSAULT AND BATTERY              PUBLIC SERV        A&B
  DISP: C 5/26/93 APP WD 1YR SPS 90DA CMTD 4/6/94(@1 1432C STATUS: C   WPD:
        )12894 SURR C 21594 PR 1YR CMTD STY 91994 1YR CMTD


ARRAIGNMENT: (066)
  ARG-DATE: 04/21/93 PD:    COURT: BOSTON MUNICIPAL JURY OFDKT#:       930717D
  OFF:  ASSAULT AND BATTERY              PUBLIC SERV        A&B
  DISP: C 5/26/93 APP WD 1YR SPS 90DA CMTD 4/6/94(@1 1432D STATUS: C   WPD:
        )12894 SURR C 21594 PR 1YR CMTD STY 91994 1YR CMTD


ARRAIGNMENT: (067)
  ARG-DATE: 04/21/93 PD:    COURT: BOSTON MUNICIPAL JURY OFDKT#:       930717E
  OFF:  CARRYING DANGEROUS WEAPON        DISTURB PEACE      DWC
  DISP: C 5/26/93 APP WD 1YR SPS 90DA CMTD 4/6/94(@1 1432E STATUS: C   WPD:
        )12894 SURR C 21594 PR 1YR CMTD STY 91994 1YR CMTD


ARRAIGNMENT: (068)
  ARG-DATE: 04/14/93 PD:    COURT: BOSTON DISTRICT        DKT#:    9301CR2778A
  OFF:  A&B DANGEROUS WEAPON           BRICK              A&B DW
  DISP: C 9/8/93 DISM                                    STATUS: C   WPD:


ARRAIGNMENT: (069)
  ARG-DATE: 02/23/93 PD:    COURT: BOSTON DISTRICT        DKT#:    9301CR1432A
  OFF:  ASSAULT AND BATTERY            PUBL SERV          A&B
  DISP: C 4/6/93 1YR SPS 90DA CMTD 4/6/94 APP            STATUS: C   WPD:


ARRAIGNMENT: (070)
  ARG-DATE: 02/23/93 PD:    COURT: BOSTON DISTRICT        DKT#:    9301CR1432B
  OFF:  ASSAULT AND BATTERY            PUBL SERV          A&B
  DISP: C 4/6/93 1YR SPS 90DA CMTD 4/6/94 APP            STATUS: C   WPD:


ARRAIGNMENT: (071)
  ARG-DATE: 02/23/93 PD:    COURT: BOSTON DISTRICT        DKT#:    9301CR1432C
  OFF:  ASSAULT AND BATTERY            PUBL SERV          A&B
  DISP: C 4/6/93 1YR SPS 90DA CMTD 4/6/94 APP            STATUS: C   WPD:


ARRAIGNMENT: (072)

ARG-DATE: 02/23/93 PD:    COURT: BOSTON DISTRICT    DKT#:    9301CR1432D
OFF:  ASSAULT AND BATTERY          PUBL SERV      A&B
DISP: C 4/6/93 1YR SPS 90DA CMTD 4/6/94 APP        STATUS: C   WPD:


ARRAIGNMENT: (073)
   ARG-DATE: 02/23/93 PD:    COURT: BOSTON DISTRICT    DKT#:    9301CR1432E
   OFF:  CARRYING DANGEROUS WEAPON    COMMIT BR OF PEACE  DWC
   DISP: C 4/6/93 1YR SPS 90DA CMTD 4/6/94 APP        STATUS: C   WPD:


ARRAIGNMENT: (074)
   ARG-DATE: 01/10/91 PD:    COURT: BOSTON MUNICIPAL JURY OF DKT#:    909678
   OFF:  CARRYING DANGEROUS WEAPON            DWC
   DISP: WAR 2/4/93 WAR/WD FILE (@7 9056A)      STATUS: C   WPD:


ARRAIGNMENT: (075)
   ARG-DATE: 01/07/91 PD:    COURT: BOSTON DISTRICT    DKT#:    9101CR132A
   OFF:  DISORDERLY PERSON            DIS PERS
   DISP: C 2/7/91 FILE               STATUS: C   WPD:


ARRAIGNMENT: (076)
   ARG-DATE: 11/05/90 PD:    COURT: DORCHESTER DISTRICT   DKT#:    9007CR9056A
   OFF:  CARRYING DANGEROUS WEAPON    KNIFE       DWC
   DISP: C 12/4/90 SPS 30DA CMTD SS 6/4/92 CC APP     STATUS: C   WPD:


ARRAIGNMENT: (077)
   ARG-DATE: 08/30/90 PD:    COURT: BOSTON MUNICIPAL JURY OF DKT#:    906378
   OFF:  THREATENING             THREAT
   DISP: C 1/10/91 FILE (@1 259735B)         STATUS: C   WPD:


ARRAIGNMENT: (078)
   ARG-DATE: 07/10/90 PD:    COURT: BOSTON DISTRICT    DKT#:    259735A
   OFF:  DISORDERLY PERSON            DIS PERS
   DISP: 8/16/90 NG               STATUS: C   WPD:


ARRAIGNMENT: (079)
   ARG-DATE: 07/10/90 PD:    COURT: BOSTON DISTRICT    DKT#:    259735B
   OFF:  THREATENING          KILL    THREAT
   DISP: 8/16/90 6MO SS 8/12/92           STATUS: C   WPD:


ARRAIGNMENT: (080)
   ARG-DATE: 07/10/90 PD:    COURT: BOSTON DISTRICT    DKT#:    259735C
   OFF:  THREATENING          KILL    THREAT
   DISP: 8/16/90 DISM               STATUS: C   WPD:

ARRAIGNMENT: (081)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904688
  OFF:  A&B DANGEROUS WEAPON                              A&B DW
  DISP: C 1/10/91 NG (@3 0989A)                           STATUS: C   WPD:


ARRAIGNMENT: (082)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904689
  OFF:  A&B ON POLICE OFFICER                             A&B PO
  DISP: C 1/10/91 2YR CMTD (@3 0989B)                     STATUS: C   WPD:


ARRAIGNMENT: (083)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904988
  OFF:  DISORDERLY PERSON                                 DIS PERS
  DISP: C 1/10/91 FILE (@2 5106A)                         STATUS: C   WPD:


ARRAIGNMENT: (084)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904989
  OFF:  A&B DANGEROUS WEAPON                              A&B DW
  DISP: C 1/10/91 2YR CMTD (@2 5106B)                     STATUS: C   WPD:


ARRAIGNMENT: (085)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904990
  OFF:  A&B ON POLICE OFFICER                             A&B PO
  DISP: C 1/10/91 FILE (@2 5106C)                         STATUS: C   WPD:


ARRAIGNMENT: (086)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904991
  OFF:  A&B ON POLICE OFFICER                             A&B PO
  DISP: C 1/10/91 FILE (@2 5106D)                         STATUS: C   WPD:


ARRAIGNMENT: (087)
  ARG-DATE: 07/06/90 PD:     COURT: BOSTON MUNICIPAL JURY OFDKT#:        904992
  OFF:  CRUELTY TO ANIMALS            A&B K 9 DOG         CRU ANMLS
  DISP: C 1/10/91 FILE (@2 5106E)                         STATUS: C   WPD:


ARRAIGNMENT: (088)
  ARG-DATE: 06/01/90 PD:     COURT: ROXBURY DISTRICT        DKT#:    9002CR5106A
  OFF:  DISORDERLY PERSON                                 DIS PERS
  DISP: C 6/25/90 FJ                                      STATUS: C   WPD:

ARRAIGNMENT: (089)
   ARG-DATE: 06/01/90 PD:        COURT: ROXBURY DISTRICT        DKT#:    9002CR5106B
   OFF:  A&B DANGEROUS WEAPON                                   A&B DW
   DISP: C 6/25/90 FJ                                           STATUS: C    WPD:


ARRAIGNMENT: (090)
   ARG-DATE: 06/01/90 PD:        COURT: ROXBURY DISTRICT        DKT#:    9002CR5106C
   OFF:  A&B ON POLICE OFFICER                                  A&B PO
   DISP: C 6/25/90 FJ                                           STATUS: C    WPD:


ARRAIGNMENT: (091)
   ARG-DATE: 06/01/90 PD:        COURT: ROXBURY DISTRICT        DKT#:    9002CR5106D
   OFF:  A&B ON POLICE OFFICER                                  A&B PO
   DISP: C 6/25/90 FJ                                           STATUS: C    WPD:


ARRAIGNMENT: (092)
   ARG-DATE: 06/01/90 PD:        COURT: ROXBURY DISTRICT        DKT#:    9002CR5106E
   OFF:  ASSAULT AND BATTERY                                    A&B
   DISP: C 6/25/90 FJ                                           STATUS: C    WPD:


ARRAIGNMENT: (093)
   ARG-DATE: 05/18/90 PD:        COURT: SOUTH BOSTON DISTRICT   DKT#:    9003CR0989A
   OFF:  A&B DANGEROUS WEAPON              SHOD FOOT            A&B DW
   DISP: C 6/6/90 FJ                                            STATUS: C    WPD:


ARRAIGNMENT: (094)
   ARG-DATE: 05/18/90 PD:        COURT: SOUTH BOSTON DISTRICT   DKT#:    9003CR0989B
   OFF:  A&B ON POLICE OFFICER                                  A&B PO
   DISP: C 6/6/90 FJ                                            STATUS: C    WPD:


ARRAIGNMENT: (095)
   ARG-DATE: 01/02/90 PD:        COURT: DORCHESTER DISTRICT     DKT#:    9007CR2517A
   OFF:  POSS FIREARM W/O PERMIT                                FIR POSS WO PERM
   DISP: C 5/24/90 DISM                                         STATUS: C    WPD:


ARRAIGNMENT: (096)
   ARG-DATE: 01/02/90 PD:        COURT: DORCHESTER DISTRICT     DKT#:    9007CR2517B
   OFF:  POSS CLASS D CONT SUB                                  CSA POSS D
   DISP: C 5/24/90 DISM                                         STATUS: C    WPD:


ARRAIGNMENT: (097)
   ARG-DATE: 01/02/90 PD:        COURT: DORCHESTER DISTRICT     DKT#:    9007CR2517C
   OFF:  KNOWINGLY REC STOLEN PROP                              RSG

ARRAIGNMENT: (098)
  ARG-DATE: 03/31/87 PD:     COURT: BOSTON MUNICIPAL JURY OF DKT#:           871528
  OFF:  ATTEMPT LARCENY                    PERS              ATT LAR
  DISP: C 5/20/87 77DA CMTD (1 223365)                      STATUS: C    WPD:


ARRAIGNMENT: (099)
  ARG-DATE: 03/06/87 PD:     COURT: BOSTON DISTRICT          DKT#:           223365
  OFF:  ATTEMPT LARCENY                    PERS              ATT LAR
  DISP: C 3/31/87 FJ                                        STATUS: C    WPD:


ARRAIGNMENT: (100)
  ARG-DATE: 09/02/86 PD:     COURT: BOSTON DISTRICT          DKT#:           218891
  OFF:  POSS TO DISTRIBUTE CLASS D                          CSA POSS DIST D
  DISP: C 9/17/86 DISM                                      STATUS: C    WPD:


ARRAIGNMENT: (101)
  ARG-DATE: 08/27/86 PD:     COURT: BOSTON DISTRICT          DKT#:           218786
  OFF:  POSS CLASS D CONT SUB                               CSA POSS D
  DISP: C 10/24/86 DISM                                     STATUS: C    WPD:


ARRAIGNMENT: (102)
  ARG-DATE: 07/09/86 PD:     COURT: BROCKTON DISTRICT        DKT#:           207459
  OFF:  DISORDERLY PERSON                                   DIS PERS
  DISP: CC PD DISM                                          STATUS: C    WPD:


ARRAIGNMENT: (103)
  ARG-DATE: 04/14/86 PD:     COURT: ROXBURY DISTRICT         DKT#:             6644
  OFF:  A&B DANGEROUS WEAPON                                A&B DW
  DISP: DISM                                                STATUS: C    WPD:


ARRAIGNMENT: (104)
  ARG-DATE: 04/14/86 PD:     COURT: ROXBURY DISTRICT         DKT#:             6645
  OFF:  ARMED ROBBERY                                       ROB ARM
  DISP: DISM                                                STATUS: C    WPD:


ARRAIGNMENT: (105)
  ARG-DATE: 04/14/86 PD:     COURT: DORCHESTER DISTRICT      DKT#:      8607CR2529A
  OFF:  THREATENING                                         THREAT
  DISP: DF 5/6/86 D/R C 6/3/86 DISM                         STATUS: C    WPD:

```
ARRAIGNMENT: (106)
  ARG-DATE: 04/14/86 PD:    COURT: DORCHESTER DISTRICT    DKT#:      8607CR2529B
  OFF:  TELEPHONE CALLS               ANNOY               TEL CLS
  DISP: DF 5/6/86 D/R C 6/3/86 DISM                       STATUS: C   WPD:


ARRAIGNMENT: (107)
  ARG-DATE: 04/09/86 PD:    COURT: ROXBURY DISTRICT       DKT#:        219386
  OFF:  DISORDERLY PERSON                                 DIS PERS
  DISP: DISM                                              STATUS: C   WPD:


ARRAIGNMENT: (108)
  ARG-DATE: 01/30/86 PD:    COURT: BOSTON DISTRICT        DKT#:        213092
  OFF:  SHOPLIFTIN                                        SHOPLIFT
  DISP: C 2/12/86 $75 FINE VWF PD                         STATUS: C   WPD:


ARRAIGNMENT: (109)
  ARG-DATE: 02/28/77 PD:    COURT: SPRINGFIELD DISTRICT   DKT#:         77561
  OFF:  LARCENY FROM A BUILDING                           LAR BLDG
  DISP: C 2/25/77 6MO SS 2/24/78 8/23/77 VOP WAR 9/12/96  STATUS: C   WPD:
        D/R TERM


ARRAIGNMENT: (110)
  ARG-DATE: 01/07/77 PD:    COURT: HAMPDEN SUPERIOR       DKT#:       448223ZZ
  OFF:  ROBBERY                       UNARMED             ROB
  DISP: DF WAR 1/19/77 D/R NG                             STATUS: C   WPD:


ARRAIGNMENT: (111)
  ARG-DATE: 01/07/77 PD:    COURT: HAMPDEN SUPERIOR       DKT#:       448230ZZ
  OFF:  RAPE                                              RAPE
  DISP: C 3/6/78 G 7 1/2-12YR CMTD                        STATUS: C   WPD:


ARRAIGNMENT: (112)
  ARG-DATE: 01/06/77 PD:    COURT: SPRINGFIELD DISTRICT   DKT#:       448222ZZ
  OFF:  ASSAULT TO ROB                W/ARMED             ASLT ROB
  DISP: C 2/4/77 DISM                                     STATUS: C   WPD:


ARRAIGNMENT: (113)
  ARG-DATE: 08/24/76 PD:    COURT: HAMPDEN SUPERIOR       DKT#:       448210ZZ
  OFF:  LEWD AND LACIVIOUS            BEHAVIOR            LEWD & LASC
  DISP: C 3/6/78 DISM                                     STATUS: C   WPD:


ARRAIGNMENT: (114)
  ARG-DATE: 08/24/76 PD:    COURT: HAMPDEN SUPERIOR       DKT#:       448221ZZ
```

```
OFF:   OPEN AND GROSS         BEHAVIOR              O&G
DISP: DISM                                          STATUS: C   WPD:
```

```
ARRAIGNMENT: (115)
  ARG-DATE: 05/22/76 PD:      COURT: SPRINGFIELD DISTRICT     DKT#:        448208ZZ
  OFF:  ASSAULT TO ROB                UNARMED                 ASLT ROB
  DISP: C 6/17/76 BO                                          STATUS: C   WPD:
```

```
ARRAIGNMENT: (116)
  ARG-DATE: 05/22/76 PD:      COURT: SPRINGFIELD DISTRICT     DKT#:        448209ZZ
  OFF:  RAPE                                                  RAPE
  DISP: C 6/17/76 BO                                          STATUS: C   WPD:
```

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

```
REQUESTED BY: RUDNICKI
COMPLETED BY: RUDNICKI, LISA
      AGENCY: US ATF - BOSTON
```



## Boston Police Department
## Arrest Booking Form

**Report Date:** 01/26/2005 12:15
**Booking Status:** Verified
**Printed By:** RUDNICKI, Lisa A

**District:** 04          **UCR Code:** 0619
**Court of Appearance:** Boston Municipal Court
**Master Name:** RAY, Eddie J                    **Age:** 45
**Location of Arrest:** 760 Boylston St, Boston

**Booking Name:** RAY, Eddie JR
**Alias:** WILLIAMS, Steve
**Address:** 25 Wyoming ST #4, DORCHESTER MA 02121 US




**Charges:**
Larceny Over $250 (266-30)

| | | |
|---|---|---|
| **Booking #:** 04-01662-04 | **Incident #:** 040470761 | **CR Number:** 117936-93 |
| **Booking Date:** 09/03/2004 16:12 | **Arrest Date:** 09/03/2004 15:50 | **RA Number:** |

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 6'02 | **Occupation:** Volunteer Work |
| **Race:** Black Non-Hispanic | **Weight:** 250      lbs | **Employer/School:** Madison Park Hs |
| **Date of Birth:** 02/11/1959 | **Build:** Heavy | **Emp/School Addr:** |
| **Place of Birth:** Springfield MA US | **Eyes Color:** Brown | **Social Sec. Number:** 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 |
| **Marital Status:** Single | **Hair Color:** Dk Brown | **Operators License:** None |
| **Mother's Name:** Nunnally, Dorothy | **Complexion:** Medium Brown | **State:** |
| **Father's Name:** Ray, Eddie SR | | |

| | |
|---|---|
| **Phone Used:** Yes | **Scars/Marks/Tattoos:** |
| **Examined at Hospital:** No | **Clothing Desc:** brown/white/maroon jacket,black shorts,red sneakers |
| **Breathalyzer Used:** No | |
| **Examined by EMS:** No | |

| | | | |
|---|---|---|---|
| **Arresting Officer:** BPD | 01490 | Burke, John | **Cell Number:** 20 |
| **Booking Officer:** BPD | 09780 | Ortiz, Jose A | **Partner's #:** 08934 |
| **Informed of Rights:** BPD | 08934 | Boyle, Robert | **Unit #:** |
| **Placed in Cell By:** BPD | 06307 | Thomson, Dennis C | **Trans Unit #:** D104F |
| **Searched By:** BPD | 08934 | Boyle, Robert | |

| | | |
|---|---|---|
| **Cautions:** | **Booking Comments:**<br>Q5 | **Visible Injuries:**<br>none |

**JUVENILE INFORMATION**

| | | |
|---|---|---|
| **Person Notified:** | **Relationship:** | **Phone:** |
| **Address:** | **Juv. Prob. Officer:** | |
| **Notified By:** | | **Notified Date/Time:** |

| | |
|---|---|
| **Bail Set By:** hogan | **I Selected the Bail Comm.** |
| **Bailed By:** hogan | |
| **Amount:** 300.00 | *Signature of Prisoner* |

| | | | |
|---|---|---|---|
| **BOP Check:** | BPD | 06307 | Thomson, Dennis C |
| **Suicide Check:** | | | |
| **BOP Warrant:** | | | |
| **BOP Court:** | | | *Signature of Duty Supervisor* |



04-01662-04
RAY, Eddie JR



04-01662-04
RAY, Eddie JR