UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.  04-10301-MLW |
| v. | ) | |
| | ) | |
| ANTONIO NAKIA REDRICK, | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S SECOND REVISED PROPOSED WITNESS LIST

     The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief (the only change is #11.  Carl Washington, who test-fired the firearm, has now retired and been replaced by Tyrone Camper, who has also test-fired the firearm):

1. Special Agent Richard W. Donahue
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

2. Special Agent Lisa Rudnicki
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3. Tony Thurman
   Firearms and Ammunition Expert
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

4. Special Agent Philip Ball
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

5.  Sgt. Det. William Feeney
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

6.  Officer Stephanie Bean
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

7.  Officer Arlene Joseph
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

8.  Officer M. Torigian
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

9.  Officer D. Wright
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

10. Officer Nancy Hanley
    Boston Police Department
    Area B-2
    650 Harrison Avenue
    Boston, Massachusetts

11. Tyrone Camper
    Firearms Examiner
    Boston Police Department
    650 Harrison Avenue
    Boston, Massachusetts

12.     Brian Levrone
       Apartment Property Manager
       300 Columbia Road
       Dorchester, Massachusetts

13.     Stephanie Forbes
       Bureau of Alcohol, Tobacco and Firearms
       United States Department of Justice
       Firearms Enforcement Branch
       10 Causeway Street, Room 701
       Boston, Massachusetts 02222

14.     Tiffany Richardson
       200 Columbia Road
       Apartment 3-E
       Dorchester, Massachusetts

                             Respectfully submitted,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                    By:   /s/ Paul R. Moore
                    Paul R. Moore
August 5, 2005              Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on August 5, 2005, via overnight delivery.

                             /s/ Paul R. Moore
                             Paul R. Moore
                             Assistant U.S. Attorney

August 5, 2005