UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Crim. No. 04-CR-10301 MLW

ANTONIO NAKIA REDRICK

**DEFENDANT'S EX PARTE APPLICATION FOR A SUBPOENA
AND FOR SERVICE BY THE U.S. MARSHAL SERVICE**

The defendant, Antonio Nakia Redrick, hereby makes application to this Court that a Subpoena issue to Mr. Eddie Ray, Jr., with a last known address of 25 Wyoming Street, Unit 4, Dorchester, Massachusetts, returnable August 11, 2005 at 4:00 p.m. in the U.S. District Court, Courthouse Way, Boston, Massachusetts, pursuant to Fed.R.Crim.P. 17(b), as the Court has determined the defendant to be indigent. The defendant is unable to pay the costs of service, and therefore further requests that service be made by the U.S. Marshal Service at the government's expense, including any necessary witness fees.

The witness is necessary to the adequate defense of the defendant, and is a witness for the defendant in the hearing on the Motion to Dismiss.

        Respectfully Submitted,
        Antonio Nakia Redrick
        By his attorney,

        /s/ MELVIN NORRIS
        _____
        Melvin Norris, MA BBO# 373900
        260 Boston Post Road, Suite 9
        Wayland, MA 01778
        (508) 358-3305

Dated:      August 5, 2005