UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S REVISED PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

    1 - Marlin, Model 90, .20 gauge shotgun (bearing serial number p852)

    2 - Black duffel bag (from 6/4/04 incident)

    3 - Court Certificate Qualification Cover Sheet (dated August 1, 2005)

    4 - Record Search Certificate (dated August 1, 2005)

    5 - Firearms Unit Test Result ("B.U. Case #04-0439; CC#: 040286234")

    6 - Affidavit of Eddie Ray, Jr. (June 3, 2005)

    7 - Affidavit of Tiffany Richardson (June 7, 2004)

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

    By:  /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney

DATE: August 5, 2005

## CERTIFICATE OF SERVICE

  This is to certify that I have this day (via overnight mail service) served a copy of this document upon the counsel for the defendant, Melvin Norris, Esq., via first class mail, on this 5th day of August, 2005.

          /s/ Paul R. Moore
          Paul R. Moore
          Assistant U.S. Attorney

DATE: August 5, 2005