UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.   04-10301-MLW |
| v. | ) | |
| | ) | |
| ANTONIO NAKIA REDRICK, | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S SUMMARY OF EXPERT TESTIMONY**

Pursuant to the Fed. R. Crim. P. 16(a)(1)(E), the government hereby discloses a written

summary of the testimony and qualifications of Alan Offringa, a firearms and ammunition expert

who will testify at trial.  With respect to the substance of Mr. Offringa's testimony, he will testify

regarding the operation of shotguns and specifically, about how the action of pulling back the

slide causes a round to be chambered, preparing the shotgun to shoot.  The basis for Mr.

Offringa's opinion is his familiarity with shotguns through his more than thirty years of

experience with firearms.

With regard to Mr. Offringa's qualifications, he is a recognized expert in firearms and

ammunition.  He was an ATF Agent for approximately 30 years.  Prior to becoming an ATF

agent, he was a Special Agent with the United States Customs Service.  Prior to that he was a

police officer.  Special Agent Offringa was also a federally licensed firearms dealer.

Special Agent Offringa has attended numerous armorer schools, including Remington,

Glock, and Sigsauer.  He served as the firearms instructor/coordinator and the firearms and

ammunition examiner for the New England Field Division of ATF.  Among other duties that

those assignments entail, he was responsible for examining firearms and ammunition to

determine their place of manufacture.

Special Agent Offringa has been involved in the study of firearms and ammunition for

over 32 years and he keeps an extensive personal library of resource materials relating to that

subject area.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

DATE: July 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for
defendant NAKIA A. REDRICK, Mel Norris, Esq., on July 15, 2005, via first class mail.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

DATE:  July 15, 2005