UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10301-MLW** |
| V. | |
| **ANTONIO REDRICK** | |
|        **Defendant(s)** | |

### NOTICE OF CANCELLATION

**WOLF, D.J.**

The **FINAL PRETRIAL CONFERENCE** originally scheduled for **August 11, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

**August 9, 2005**                          By:  **/s/ Dennis O'Leary**
    Date                                          Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]