UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              Cr. No. 04-CR-10301 MLW

ANTONIO NAKIA REDRICK

**DEFENDANT'S PROPOSED LIST OF WITNESSES**

Now comes the Defendant, Antonio Redrick, and gives notice that he may call the following persons for his defense:

1. Eddie Ray
   Current Address Unknown at this Time.

2. Antonio Nakia Redrick, defendant.

3. Special Agent DeSantis

4. Fantasia James
   116 Norfolk Street, Apartment 1
   Dorchester, MA 02124

5. Marie Bequith
   cell # (781) 986-8515

The defendant reserves the right to update this list as appropriate, and to call other witnesses in rebuttal if necessary.

Dated: August 9, 2005

Respectfully Submitted

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900