UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                    **CRIMINAL CASE**

                                      **NO. 04-10301-MLW**
           V.

**ANTONIO REDRICK**
           **Defendant(s)**


### NOTICE OF CANCELLATION

**WOLF, D.J.**


The **JURY TRIAL** originally scheduled for **August 15, 2005** at **9:00 A.M.** before **Judge Wolf**, has been CANCELLED.


                                      **SARAH A. THORNTON**
                                      **CLERK OF COURT**


**August 12, 2005**          **By:**  **/s/ Dennis O'Leary**
     Date                              **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                         [ntchrgcnf.]
                                                 [kntchrgcnf.]