UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>     **CRIMINAL  CASE**

    **NO.<u> 04-10301-MLW</u>**

V.

**ANTONIO REDRICK**
    **Defendant(s)**

### <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a FINAL PRETRIAL CONFERENCE on <u>SEPTEMBER 16, 2005</u> at 10:30 A.M. before Judge Wolf in Courtroom #<u> 10 </u> on the<u> 5</u>$^{th}$  floor.

    **SARAH A. THORNTON**
    **CLERK OF COURT**

<u>**August 25, 2005**</u>     By:  <u>/s/ Dennis O'Leary</u>
    **Date**        **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)        [ntchrgcnf.]
            [kntchrgcnf.]