UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10301

| United States of America | Antonio Redrick |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Melvin Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 9/16/05 | Court issues sequestration order for the pending motion hearing and upcoming trial. Defendant to file his motion to issue warrant for material witness by 9/28/2005. Once the witness is found court will appoint counsel and have the parties in promptly to schedule the hearing on the defendant's motion to dismiss. |
| | Court to issue an order memorializing the same. Government will start the process of seeking immunity for the witness. |