UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. A. No. 04-10301-MLW |
| ) | |
| ANTONIO NAKIA REDRICK ) | |

ORDER

WOLF, D.J.                                              September 16, 2005

    For the reasons explained in court on September 16, 2005, it is hereby ORDERED that:

    1. The government shall, by September 20, 2005, file affidavits verifying or amending the alleged facts concerning its contacts with Eddie Ray stated in its Opposition to Defendant's Motion to Dismiss. See Rule 7.1(B)(2) of the Local Rules of the United States District Court for the District of Massachusetts.

    2. Defendant Antonio Redrick shall, by September 28, 2005, file a motion for a material witness warrant, with a supporting memorandum and affidavit(s). See Local Rule 7.1(B)(1).

                                                     /s/ MARK L. WOLF
                                              UNITED STATES DISTRICT JUDGE