UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

### GOVERNMENT'S AFFIDAVIT IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, respectfully submits the attached Affidavit in support of its Response in opposition to the defendant's Motion to Dismiss, filed with this Court on August 4, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Melvin Norris, Esq., on September 20, 2005, via first class mail.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

September 20, 2005