UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                    Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

### MOTION FOR ISSUANCE OF A MATERIAL WITNESS WARRANT

Now comes the Defendant, Antonio Redrick, by his Court Appointed Attorney, and moves this Honorable Court for to issue a Material Witness Warrant for Mr. Eddie Ray, Jr. As reason therefore, the defendant states that this Witness is essential to the defense of the action, and that the defendant's investigator has been unable to locate Mr. Ray. The Affidavit of the defendant's investigator is attached as Exhibit "A."

                                         Respectfully Submitted

                                         /s/ MELVIN NORRIS
                                         Melvin Norris
                                         260 Boston Post Rd. Suite 9
                                         Wayland, MA. 01778
                                         Tel. 508 358 3305
                                         BBO # 373900

September 23, 2005

## JOHN F. McCARTHY INVESTIGATIVE SERVICES
Civil & Criminal Investigations
P.O. Box 313
No. Billerica, MA 01862

Telephone (978) 667-3763
Fax (978) 667-3973

UNITED STATES v. REDRICK
United States District Court No. 04-CR-10301 MLW

| Date | |
|---|---|
| 7/20/05 | Interviewed confidential reported source in an attempt to locate witness and conducted a criminal record check. |
| 7/20/05 | Interviewed confidential source #2 and checked financial records to obtain an address of witness. |
| 7/26/05 | Based on information this writer was able to locate an address at 25 Wyoming St., Roxbury, MA. The name, Ray, appeared on the mailbox and a neighbor interviewed stated they kept to themselves and the neighbor could not specifically identify the person in question. |
| 9/1/05 | This writer spoke with Eddie Ray's niece, Tasha Ray, who stated she did not know his whereabouts. She did state, however, he does use 25 Wyoming St., Roxbury, MA as a mailing address. |
| 9/4/05 | Conducted criminal record check to determine if Eddie Ray had been re-arrested but to no avail. |
| 9/15/05 | This writer spoke with State Parole to see if they had a different forwarding address. However, Eddie Ray was not released on parole as he wrapped his sentence up. He had no reason to provide them any information. |
| 9/19/05 | I spoke with Tasha Ray, his niece and explained in detail that Eddie Ray was witness and that we wanted to speak with him. Again, she stated she did not know is exact whereabouts. I left a business card and asked her to have him contact me regarding this matter. |

Sworn and Subscribed to under the the pains and penalties of perjury this 23rd day of September, 2005.

John F. McCarthy
Mass. Private Investigator Lic. No. 976