```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )    Criminal No. 04-10301-MLW
                            )
ANTONIO NAKIA REDRICK       )
```

                                ORDER

WOLF, D.J.                                       January 13, 2006

    As the material witness, Eddie Ray, has now been located, it is hereby ORDERED that:

    1. A hearing on defendant Antonio Redrick's Motion to Dismiss shall be held on January 26, 2006, at 9:30 a.m.

    2. Ray shall appear to testify at that hearing.

    3. The parties shall comply with the attached September 16, 2005 Sequestration Order.

                                       /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE