UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.          )<br>  )<br>ANTONIO NAKIA REDRICK,      )<br>          Defendant.   )<br>  ) | Criminal No.  04-10301-MLW |

GOVERNMENT'S MOTION TO RE-SCHEDULE HEARING
TO A DATE EITHER BEFORE OR AFTER THE WEEK OF JANUARY 23, 2006

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully requests that the Hearing on the matter of alleged Governmental Misconduct be scheduled for a date other than during the week of January 23 through January 27, 2006 (should the Court deem an earlier date practical, the government's witnesses are available at any time prior to January 23, 2006).

The reason for this request is the planned absence of ATF Special Agent Phil Ball, who was present at the first interview of Eddie Ray, Jr., which interview was largely conducted by ATF Special Agent Rich Donahue.  The reason for the absence is that Agent Ball is the Boston Field Division's one and only "Intelligence Officer" and that ATF is conducting an annual nationwide conference of all of its Intelligence Officers to be held from January 23 through January 27, 2006.  Agent Ball informed the undersigned that his attendance at this conference is absolutely "mandatory."

The government *could* present its defense (with regard to the first encounter with Mr. Ray) in this matter purely with the testimony of Agent Donahue (the accused).  Given the nature

-1-

of the charges and the Court's need to determine, factually, what transpired, the government believes that the Court's inquiry would be better served if Agent Ball was also available for examination.

Again, should the Court so require, the government will proceed as ordered with the planned examination of Agent Donahue (and Special Agent Mark DeSantis, who was the secondary agent present at the second interview with Mr. Ray), but would prefer to present its defense with the presence of Agent Ball as well (noting that the government is available at a moment's notice during this week in which this Motion is being filed as well).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul R. Moore
     Paul R. Moore
     Assistant U.S. Attorney

January 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on January 17, 2006, via electronic notification.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

January 17, 2006