UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.       )<br>  )<br>ANTONIO NAKIA REDRICK,  )<br>            Defendant.  )<br>  ) | Criminal No.  04-10301-MLW |

GOVERNMENT'S MOTION TO NOTIFY THE COURT
REGARDING PENDING IMMUNITY ISSUE FOR WITNESS RAY

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully informs the Honorable Court (as well as counsel for Mr. Redrick) that the undersigned's effort to secure authorization from the Department of Justice Deputy Assistant Attorney General is unlikely to be obtained (if it is to be obtained) in time for the Hearing currently scheduled for February 2, 2006, at 10:00 a.m.

The undersigned is seeking such authorization and files the substance of this Motion with the continued desire that the Hearing currently scheduled be as productive as possible through the full, immunized testimony of witness Ray (anticipating, after discussions with counsel for Mr. Ray, that Mr. Ray will invoke his Fifth Amendment privileges).  The government's witnesses (Agents Donahue, Ball and DeSantis) will be present and the government desires to proceed with the Hearing at the earliest possible time.  The government, however, regrets that it still lacks proper authorization and wanted to be certain that the Court was aware of the likelihood that the government will not have obtained authorization (if it is to be granted) in time

for the Hearing as currently scheduled.  It is the suspicion of the undersigned, after repeated interactions with my superiors in the United States Attorney's Office, that if such authorization is to be granted, such notice may be received by this office during the week of February 6, 2006.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Paul R. Moore
>Paul R. Moore
>Assistant U.S. Attorney

January 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on January 25, 2006, via electronic notification.

>/s/ Paul R. Moore
>Paul R. Moore
>Assistant U.S. Attorney

January 25, 2006