UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S MOTION TO NOTIFY THE COURT REGARDING IMMUNITY ISSUE FOR WITNESS RAY

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully informs this Court (as well as counsel for Mr. Redrick and Mr. Ray) that the undersigned was informed this day that the government will *not* offer a grant of immunity to witness Ray (with regard to his anticipated testimony in the current matter or any other matter).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                By:    /s/ Paul R. Moore
                        Paul R. Moore
                        Assistant U.S. Attorney

February 1, 2006

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., and upon attorney for Eddie Ray, Jr., Oscar Cruz, Esq., on February 1, 2006, via electronic notification.

                                               /s/ Paul R. Moore
                                               Paul R. Moore
                                               Assistant U.S. Attorney

February 1, 2006