UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                          Cr. No. 04-CR-10301 MLW

ANTONIO REDRICK

**DEFENDANT'S MOTION FOR TRANSCRIPTS**
**AT GOVERNMENT EXPENSE**

    The defendant, Antonio Redrick, by his Court-appointed counsel, hereby moves this Honorable Court to Order that transcripts be provided to the defendant, at government expense, of the proceedings and testimony in this case presented to the Court on February 2, 2006 and February 3, 2006.

    As reason therefore, the defendant states that the transcripts are necessary for the thorough preparation for trial. Therefore, these transcripts are necessary to prepare for his defense in this matter.

                                                                         Respectfully Submitted,

February 3, 2006                                      /s/ MELVIN NORRIS
                                                             Melvin Norris
                                                             260 Boston Post Road
                                                             Wayland, MA 01778
                                                             (508) 358-3305
                                                             BBO# 373900