```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        v.                      )   Cr. No. 04-10301-MLW
                                )
ANTONIO NAKIA REDRICK           )
```

ORDER

WOLF, D.J.                                      February 3, 2006

For the reasons stated in court on February 3, 2006, it is hereby ORDERED that:

1. The parties shall order the transcript of at least the February 3, 2006, hearing, on an expedited basis.[1]

2. The parties shall, by February 10, 2006, file any additional motions. Oppositions shall be filed by February 17, 2006.

3. Counsel for the United States shall, by February 10, 2006, review all evidence in its possession and in the possession of the Bureau of Alcohol, Tobacco, and Firearms, or any other investigators involved in this case, and produce any additional material exculpatory evidence, including impeachment evidence.

4. The government shall, by February 16, 2006, notify the defendant and the court whether the government will immunize Eddie Ray, Jr.

5. If the government declines to immunize Ray, the defendant

---

[1] This Order was not given orally in court.

shall notify the court by February 17, 2006, whether he wishes to renew his motion to compel immunity or to dismiss the case.

    6. Counsel shall confer on February 17, 2006, and notify the court whether this case will go to trial and whether any issues need to be resolved prior to trial. Among other things, the parties shall notify the court whether they have reached an agreement on the defendant's motion in limine.

    7. By February 17, 2006, counsel for the United States shall notify the court who it is designating to be the government's representative present in the courtroom and therefore exempt from the September 16, 2005 Sequestration Order.

    8. A final pretrial conference will be held on February 22, 2006, at 2:30.

    9. Trial will commence on February 27, 2006.

    10. Assistant United States Attorney Paul Moore shall provide five copies of the September 16, 2005, Sequestration Order to Special Agent Richard Donahue. Richard Donahue shall read the Order. Mr. Moore shall also explain the Order and provide copies of it to each of the government's other witnesses and to to Lisa Rudnicki, the official of the Bureau of Alcohol, Tobacco, and Firearms who instructed Donahue to be present in court this morning.

                                /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE