UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10301

| United States | Antonio Redrick |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Melvin Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 2/2/06 | Also in attendance is attorney Oscar Cruz who represents the material witness Eddie Ray. |
| | Attorney Cruz informs the court that his client intends to invoke his 5th amendment right on the stand. |
| | AUSA Moore informs the court that the government has decided not to grant the material witness immunity. |
| | Court orders first assistant Michael Loucks to appear in court to testify with regard to the immunity issue. |
| | Court takes a brief recess to allow first assistant Loucks to appear. Court resumes with Mr. Loucks in attendance. Mr. Loucks requests a side bar. Court closes the courtroom. Court resumes with the testimony in open court. Court takes the matter under advisement and orders the parties to return tomorrow morning |