UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.  04-10301-MLW |
| v. | ) | |
| | ) | |
| ANTONIO NAKIA REDRICK, | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S THIRD REVISED PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief (changes include that Officer Arlene Joseph has, through marriage, become Officer Muriel Stacco and the addition of a records keeper from MCI Concord as a possible rebuttal witness):

1. Special Agent Lisa Rudnicki
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

2. Tony Thurman
   Firearms and Ammunition Expert
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3. Special Agent Philip Ball
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

4. Sgt. Det. William Feeney
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

5. Officer Stephanie Bean
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

6. Officer Muriel Stacco (formerly known as "Arlene Joseph")
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

7. Officer M. Torigian
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

8. Officer Marlin Wright
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

9. Officer Nancy Hanley
   Boston Police Department
   Area B-2
   650 Harrison Avenue
   Boston, Massachusetts

10. Tyrone Camper
    Firearms Examiner
    Boston Police Department
    650 Harrison Avenue
    Boston, Massachusetts

11. Brian Levrone
    Apartment Property Manager
    300 Columbia Road
    Dorchester, Massachusetts

12. Stephanie Forbes
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    Firearms Enforcement Branch
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

13. Tiffany Richardson
    200 Columbia Road
    Apartment 3-E
    Dorchester, Massachusetts

14. James Bender
    Department of Correction
    Office of the Deputy Commissioner
    (MCI Concord)
    Commonwealth of Massachusetts
    P.O. Box 9125
    Concord, Massachusetts 01742-9125

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                        By:  /s/ Paul R. Moore
                              Paul R. Moore
February 15, 2006                Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on February 15, 2006, via electronic filing.

                                    /s/ Paul R. Moore
                                    Paul R. Moore
                                    Assistant U.S. Attorney

February 15, 2006