UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S SECOND REVISED PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List in the above-captioned matter.  The government reserves the right to supplement, modify, or withdraw from this list.

1 - Marlin, Model 90, .20 gauge shotgun (bearing serial number p852)

2 - Black duffel bag (from 6/4/04 incident)

3 - Court Certificate Qualification Cover Sheet (dated August 1, 2005)

4 - Record Search Certificate (dated August 1, 2005)

5 - Firearms Unit Test Result ("B.U. Case #04-0439; CC#: 040286234")

6 - Affidavit of Eddie Ray, Jr. (June 3, 2005)

7 - Affidavit of Tiffany Richardson (June 7, 2004)

8 - Map of neighborhood at 200 Columbia Road (Dorchester, MA)

9 - Image of structure at 200 Columbia Road (Dorchester, MA)

10 - Image of 1-3 Vaughn Avenue (rooftop/awning mentioned in 6/4/04 BPD report)

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney

DATE: February 16, 2006

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Melvin Norris, Esq., via electronic filing.

          /s/ Paul R. Moore
          Paul R. Moore
          Assistant U.S. Attorney

DATE: February 16, 2006