UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## JOINT PLEADING OF PARTIES TO INFORM COURT
## REGARDING TRIAL AND TRIAL ISSUES

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and Antonio Nakia Redrick, by and through his attorney, Melvin Norris, Esq., hereby respectfully inform the court, pursuant to the Order that the parties inform the court (by February 17, 2006) on the status of various issues relevant to the trial.  The parties jointly represent as follows:

1. Trial will be necessary to resolve this matter.

2. Regardless of the government's decision on immunizing Mr. Ray, defendant renews his Motion to Dismiss (based on alleged governmental misconduct).

3. To the knowledge of both parties and following multiple discussions on this and related subjects between the parties, no other outstanding issues exist which might require the attention of the court prior to commencement of the trial.

Respectfully submitted,

| ANTONIO NAKIA REDRICK | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |

By: /s/ Melvin Norris             By: /s/ Paul R. Moore
    Melvin Norris, Esq.                  Paul R. Moore
    Counsel for Mr. Redrick              Assistant U.S. Attorney

February 16, 2006