UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S NOTICE TO COURT REGARDING AGENT

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this notice to the court, per its order that the government inform the court whether or not ATF Special Agent Richard Donahue will remain as the lead case agent in this matter.

After consultations with my superiors, it has been determined that Agent Donahue will remain as the case agent in the matter.  Agent Donahue will not be called as a witness by the government (the Boston Police and an ATF Expert had always been the necessary witnesses to the government's case), although the government would reserve the right to call him as a rebuttal witness if necessary.  Additionally, throughout this matter the government had only planned to call Agent Donahue in the event that the associated material witness matter made it essential that his testimony be offered (this had been the government's intention well before the recent hearing in which governmental misconduct was alleged and examined).

The government has no objection to an order of this court which would provide that Agent Donahue remain fully outside of the courtroom during the presentation of any testimony or other evidence, should the court deem such an order appropriate.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

DATE: February 17, 2006


## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Melvin Norris, Esq., via electronic filing.

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

DATE: February 17, 2006