UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)<br>ANTONIO NAKIA REDRICK            ) | Cr. A. No. 04-10301-MLW |

ORDER

WOLF, D.J.                                                     February 17, 2006

It is hereby ORDERED that:

1. The February 16, 2006 Government's Motion to Seal the Government's Ex Parte and In Camera Pleading Regarding Granting Immunity to Witness Eddie Ray is ALLOWED.

2. The government shall, by 12:00 noon on February 21, 2006, serve and file an affidavit in support of its position that the defendant's request that the court order the government to grant Eddie Ray immunity or dismiss the case should be denied. See United States v. Anguilo, 897 F.2d 1169, 1191-92 (1st Cir. 1990). This issue will be addressed at the February 22, 2006 conference. The affiant shall be available to testify if necessary.

3. Pretrial Services shall, by 12:00 noon on February 21, 2006, state whether it requests the issuance of a warrant and revocation of Ray's release.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE