```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )    Cr. A. No. 04-10301-MLW
                              )
ANTONIO NAKIA REDRICK         )
```

                                ORDER

WOLF, D.J.                                          February 21, 2006

   As I must attend a funeral on the afternoon of February 22, 2006, the hearing on that date is hereby RESCHEDULED for 9:00 a.m.

```
                           /s/    MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE
```