UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

GOVERNMENT'S RESPONSE TO THE COURT'S ORDER
DATED FEBRUARY 17, 2006 REGARDING IMMUNITY FOR WITNESS EDDIE RAY
and
MOTION FOR RELIEF FROM PART OF THAT ORDER

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, First Assistant United States Attorney Michael K. Loucks and Assistant United States Attorney Paul R. Moore, pursuant to the court's order dated February 17, 2006, hereby states that it has sought permission from the appropriate Department of Justice official to seek court authorized immunity for the witness Eddie Ray Jr., that that approval has been granted, and that the Government will bring the Application and proposed immunity order to the hearing presently scheduled for tomorrow (February 22, 2006 at 9:00 a.m.), for use if necessary in the event that the witness Eddie Ray Jr. is called to the witness stand and seeks to invoke his fifth amendment privilege against self incrimination.

Given this decision by the government, the undersigned counsel for the Government believes that that portion of the Court's order from February 17, 2006, requiring the submission of an affidavit in support of the government's "position that the defendant's request that the court order the government to grant Eddie Ray immunity or dismiss the case should be denied" is now moot.   The Government accordingly moves for relief from that portion of the February 17, 2006

order that requires the filing of an affidavit.  Counsel for the government respectfully submits that the basis for the Government's decision at this stage to file the application for immunity is not relevant to any issues in the pending prosecution of Antonio Redrick.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Michael K. Loucks
       MICHAEL K. LOUCKS
       First Assistant U.S. Attorney

February 21, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney for defendant Antonio Nakia Redrick, Mel Norris, Esq., on February 21, 2006, via electronic notification.

                /s/ Paul R. Moore
                Paul R. Moore
                Assistant U.S. Attorney

February 21, 2006