UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10301

| United States | Antonio Nakia Redrick |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Melvin Norris |
|  | James Farrow |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Final Pretrial Conference |
|---|---|
| 2/22/06 | Court denies the defendant's renewed motion to dismiss for due process violations and for prosecutorial misconduct. Court allows defense counsel to talk to witness Eddie Ray and/or his counsel pursuant to the sequestration order. Court orders the government to file an alternative proposed order for immunity by 12:00 noon tomorrow February 23, 2006. Court orders defense counsel to report by 4:00 pm tomorrow February 23, 2006 as to whether he intends to call Eddie Ray as a witness. Court orders the witness Ray to appear at 4:00 PM tomorrow morning. Material witness Eddie Ray appears in court. Court proceeds with pretrial conference with the parties. Parties to file stipulation regarding prior convictions by cob today. Parties given 15 minutes for their opening statements. Court orders the government to file by c.o.b. today a list of witnesses in order in which they will be called and the exhibits associated with the witness. Court turns its focus to the material witness Eddie Ray and the possible violations of his conditions of release. Court continues the material witnesses release and will issue an order amending his conditions of release by relieving the witness of his obligation to contact pretrial services every Tuesday and Friday. |