UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Cr. No. 04-10301-MLW |
| ) | |
| ANTONIO NAKIA REDRICK   ) | |

ORDER

WOLF, D.J.                                          February 22, 2006

For the reasons stated in court on February 22, 2006, it is hereby ORDERED that:

1. The defendant's Motion to Dismiss for prosecutorial misconduct is DENIED.

2. Counsel for the defendant may speak to Eddie Ray, Jr., or his attorney.

3. The parties shall, by 5:00 p.m. on February 22, 2006, submit their signed stipulation regarding the defendant's prior convictions.

4. The government shall, by 5:00 p.m. on February 22, 2006, notify the court and the defendant of the order of its witnesses and associated exhibits.

5. By 12:00 noon on February 23, 2006, the government shall submit an alternative proposed order granting Eddie Ray, Jr., immunity.

6. The defendant shall, by 4:00 p.m. on February 23, 2006, notify the court whether he plans to call Eddie Ray, Jr. as a

witness, at least for the purpose of determining whether Mr. Ray will again, outside the presence of the jury, invoke his Fifth Amendment right not to answer certain questions and, therefore, be immunized and compelled to testify pursuant to 18 U.S.C. §6001 <u>et seq</u>.

    7. Eddie Ray, Jr., shall continue to be released under the conditions ordered on January 11, 2006, except that he is no longer required to report daily to a Pretrial Services Officer. He shall, however, continue to contact his court-appointed attorney daily.

                                                             /s/ MARK L. WOLF  
                                                          UNITED STATES DISTRICT JUDGE