UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

STIPULATION OF FACT

The parties hereby respectfully agree and stipulate to the accuracy of the following facts in the present matter, referenced above, now before this Court:

(1)     That ANTONIO NAKIA REDRICK, prior to June 4, 2004, had been convicted in a court of a crime punishable by a prison term of more than one year, rendering him a "felon" for purposes of federal law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney


ANTONIO NAKIA REDRICK
Defendant

By:

/s/ Melvin Norris
Melvin Norris, Esq.
Counsel for the Defendant

February 22, 2006