UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10301-MLW |
| v. ) | |
| ) | |
| ANTONIO NAKIA REDRICK, ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S ANTICIPATED ORDER OF WITNESSES AND ASSOCIATED EXHIBITS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits its anticipated order of witnesses and exhibits which may be introduced through each witness.  This submission to the court is anticipatory and the government respectfully reserves the right to call other witnesses on its Proposed Witness List as necessary.

Witness 1:    Muriel Stacco, Boston Police Officer - Exhibits 1, 2, 8, 9, 10

Witness 2:    Nancy Hanley, MBTA K-9 Officer - Exhibits 2 and 10 (as needed)

Witness 3:    Marlin Wright, Boston Police Officer

Witness 4:    Special Agent Tony Thurman, ATF - Exhibits 4 via Fed. R. Evid. 803(10)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

February 22, 2006

**CERTIFICATE OF SERVICE**

SUFFOLK, ss                                                          Boston, Massachusetts
                                                                     February 22, 2006

    I, Paul R. Moore, Assistant United States Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record, Melvin Norris, Esq., via electronic filing.


                                            /s/ Paul R. Moore
                                            Paul R. Moore
                                            Assistant U.S. Attorney