UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                            **CRIMINAL CASE**

                                                                  **NO.** <u>04-10301-MLW</u>
              **V.**

<u>**ANOTONIO REDRICK**</u>
          **Defendant(s)**

## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

   PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA HEARING on <u>FEBRUARY 24, 2006</u> at 3:30 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

<u>**February 23, 2006**</u>                   **By:**   <u>/s/ Dennis O'Leary</u>
     **Date**                                    **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                        [ntchrgcnf.]
                                                [kntchrgcnf.]