UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10301

| United States | Antonio Nakia Redrick |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | Melvin Norris |
|  | James Farrow |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 2/24/06 | Defendant takes the stand and is sworn |
|  | Plea colloquy started |
|  | Government states the maximum penalties for each count |
|  | Government summarizes the evidence it would have presented had the case gone to trial |
|  | Defendant pleads guilty to both counts |
|  | Court accepts the pleas and orders the clerk to enter the same |
|  | Sentencing set for May 31, 2006 at 3:00 PM |
|  | Procedural order to enter |
|  | Defendant's detention is continued until the sentencing |
|  | Court releases Eddie Ray from the Material Witness Warrant |