```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    Cr. A. No. 04-10301-MLW
                            )
ANTONIO NAKIA REDRICK       )
```

ORDER

WOLF, D.J.                                          February 24, 2006

As defendant Antonio Redrick pled guilty on February 24, 2006, Eddie Ray is no longer a material witness in this case. Accordingly, it is hereby ORDERED that Mr. Ray is discharged from his arrest as a material witness and no longer subject to the conditions of release previously imposed.

```
                                 /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```