AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

2006 JUN 30 A 11: 08

UNITED STATES OF AMERICA

V.

**ANTONIO NAKIA REDRICK**
DOB: 12/8/1974
SSN: 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

**WARRANT FOR ARREST**

04 CR 10301 MLW

CASE NUMBER: 04-_____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**ANTONIO NAKIA REDRICK**___

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm;
Possession of an Unregistered Firearm,**

in violation of Title __18__ United States Code, Section __922(g)(1).__
in violation of Title __26__ United States Code, Section __5861(d).__

_Catherine M Gaulik_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_9-30-04 Boston, MA_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/15/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |